# Shericka Nelson ⊕

Applied For: Special Housing Manager (33527) ✕ ▾    👁 View Requisition

Source: Employee Referral

Employment: Ellisville State School, East Mississippi Co...

Education: University of Southern Mississippi, Jones ...

Onboarding

Applied: 03/07/2021

Updated: 03/29/2021

📍 Shubuta , MS

📱 5042141062

Workflow Step ▾    Reject

Summary    Application    Feed    Workflow    Evaluations ❶    Notes ❸    Messages ❹    Tasks    Activity    ⚙

## Activity

1 - 20 of 44    →

Connie Seeley viewed Shericka Nelson's application Special Housing Manager (33527).

01/18/2024 12:41 PM

Scott DeCloedt viewed Shericka Nelson's application Special Housing Manager (33527).

08/16/2021 12:19 PM

Scott DeCloedt viewed Shericka Nelson's application Special Housing Manager (33527).

08/16/2021 12:19 PM

Keith O'Banion viewed Shericka Nelson's application Special Housing Manager (33527).

08/06/2021 11:33 AM

Keith O'Banion viewed Shericka Nelson's application Special Housing Manager (33527).

08/03/2021 7:29 AM

Keith O'Banion moved Shericka Nelson's application for Special Housing Manager (33527) from Hired to Onboarding.

03/29/2021 10:51 AM

Keith O'Banion moved Shericka Nelson's application for Special Housing Manager (33527) from Reference Check/Background Check to Hired.

03/29/2021 10:51 AM

Exhibit "B" - 1

● Keith O'Banion edited this application.

| Field Name | Old Value | New Value |
|---|---|---|
| FTE | | 1.00 |
| Employee Status | | AF |

Keith O'Banion edited hire Shericka Nelson's application for requisition Special Housing Manager (33527).

03/29/2021 10:51 AM

Keith O'Banion moved Shericka Nelson's application for Special Housing Manager (33527) from Offer Accepted to Reference Check/Background Check.

03/29/2021 10:50 AM

Keith O'Banion moved Shericka Nelson's application for Special Housing Manager (33527) from Offer Sent to Offer Accepted.

03/29/2021 10:50 AM

Keith O'Banion moved Shericka Nelson's application for Special Housing Manager (33527) from Offer Generation to Offer Sent.

03/29/2021 10:50 AM

Keith O'Banion moved Shericka Nelson's application for Special Housing Manager (33527) from Approved to Offer Generation.

03/29/2021 10:49 AM

Keith O'Banion viewed Shericka Nelson's application Special Housing Manager (33527).

03/29/2021 10:49 AM

Hector Portillo Approved offer for Shericka Nelson for Special Housing Manager (33527).

03/29/2021 10:41 AM

Hector Portillo moved Shericka Nelson's application for Special Housing Manager (33527) from Pending Approval to Approved.

03/29/2021 10:41 AM

Jessie Houston Approved offer for Shericka Nelson for Special Housing Manager (33527).

03/29/2021 6:40 AM

Tiffany Poe added a note Note: Special Housing Manager, 33527 - Shericka Nelson to Shericka Nelson's application for Special Housing Manager (33527).

03/26/2021 12:26 PM

Tiffany Poe viewed Shericka Nelson's application Special Housing Manager (33527).

03/26/2021 12:25 PM

Keith O'Banion Approved offer for Shericka Nelson for Special Housing Manager (33527).

03/26/2021 11:29 AM

Exhibit "B" - 2



Keith O'Banion moved Derrick Smith's application for Special Housing Manager (33527) from Interview to Rejected.

03/29/2021 10:52 AM

Tiffany Poe added a note Note: Special Housing Manager, 33527 - Derrick Smith to Derrick Smith's application for Special Housing Manager (33527).

03/26/2021 12:24 PM

Tiffany Poe viewed Derrick Smith's application Special Housing Manager (33527).

03/26/2021 12:23 PM

Tiffany Poe viewed Derrick Smith's application Special Housing Manager (33527).

03/26/2021 12:23 PM

Hector Portillo viewed Derrick Smith's application Special Housing Manager (33527).

03/26/2021 11:18 AM

Hector Portillo sent a message Interview at East Mississippi Corr. Center for Special Housing Manager, to Derrick Smith for Special Housing Manager (33527).

03/24/2021 7:40 AM

Hector Portillo canceled Interview for Derrick Smith with Keith O'Banion at March 26, 2021 8:00:00 AM for Special Housing Manager (33527).

03/24/2021 7:39 AM

Hector Portillo canceled Interview for Derrick Smith with Hector Portillo at March 26, 2021 8:00:00 AM for Special Housing Manager (33527).

03/24/2021 7:39 AM

Hector Portillo scheduled Interview for Derrick Smith with Hector Portillo at March 26, 2021 8:00:00 AM for Special Housing Manager (33527).

03/24/2021 7:38 AM

Hector Portillo scheduled Interview for Derrick Smith with Keith O'Banion at March 26, 2021 8:00:00 AM for Special Housing Manager (33527).

03/24/2021 7:38 AM

Hector Portillo viewed Derrick Smith's application Special Housing Manager (33527).

03/24/2021 7:26 AM

Received availability from Derrick Smith for Interview for Special Housing Manager (33527).

03/23/2021 2:04 PM

Hector Portillo requested availability from Derrick Smith for Interview for Special Housing Manager (33527).

03/23/2021 1:54 PM

Exhibit "B" - 4





‹ 🟢 **Derrick Smith** ⊕                                                                                                  8 of 23  ‹  ›

Applied For:  | Chief of Security (35252) × | ▾ |    👁 View Requisition        [▮▮▮]  Rejected        👤 Bailey , MS

Source:  Career Site                                                           Applied: 06/11/2021      📱 601-938-4660

Employment:  Management Training Corp., US Embassy...

Education:  Persons Awareness Training Department...                           Updated: 07/06/2021

| Workflow Step | ▾ |  [New]

Summary    Application    Feed    Workflow    Evaluations ❷    Notes ❷    Messages ❹    Tasks    **Activity**    ⚙

Activity                                                                                           1 - 20 of 30   →

Connie Seeley viewed Derrick Smith's application Chief of Security (35252).                        `01/18/2024 1:22 PM`

Keith O'Banion viewed Derrick Smith's application Chief of Security (35252).                       `08/03/2021 7:27 AM`

Keith O'Banion viewed Derrick Smith's application Chief of Security (35252).                       `08/03/2021 7:25 AM`

Keith O'Banion added a note Interview Notes: Chief of Security, 35252 - Derrick Smith to Derrick Smith's application for
Chief of Security (35252).                                                                         `07/06/2021 10:50 AM`

Keith O'Banion viewed Derrick Smith's application Chief of Security (35252).                       `07/06/2021 10:49 AM`

Keith O'Banion set disposition to Interviewed and no offer - More qualified applicant identified, for Derrick Smith for
Chief of Security (35252).                                                                         `07/01/2021 12:51 PM`

Keith O'Banion moved Derrick Smith's application for Chief of Security (35252) from Interview to Rejected.   `07/01/2021 12:51 PM`

Keith O'Banion sent a message Interview at East Mississippi Corr. Center for Chief of Security, to Derrick Smith for
Chief of Security (35252).                                                                         `06/29/2021 2:49 PM`

Keith O'Banion scheduled Interview for Derrick Smith with Jacob Vigliante at June 30, 2021 6:30:00 AM for
Chief of Security (35252).                                                                         `06/29/2021 2:49 PM`

Exhibit "B" - 6

Keith O'Banion scheduled Interview for Derrick Smith with Jacob Vigliante at June 30, 2021 6:30:00 AM for Chief of Security (35252).

06/29/2021 2:49 PM

Keith O'Banion scheduled Interview for Derrick Smith with Hector Portillo at June 30, 2021 6:30:00 AM for Chief of Security (35252).

06/29/2021 2:49 PM

Keith O'Banion scheduled Interview for Derrick Smith with Ray Rice at June 30, 2021 6:30:00 AM for Chief of Security (35252).

06/29/2021 2:49 PM

Keith O'Banion viewed Derrick Smith's application Chief of Security (35252).

06/29/2021 2:48 PM

Keith O'Banion canceled Interview for Derrick Smith with Jacob Vigliante at July 01, 2021 8:30:00 AM for Chief of Security (35252).

06/29/2021 2:47 PM

Keith O'Banion canceled Interview for Derrick Smith with Ray Rice at July 01, 2021 8:30:00 AM for Chief of Security (35252).

06/29/2021 2:47 PM

Keith O'Banion canceled Interview for Derrick Smith with Hector Portillo at July 01, 2021 8:30:00 AM for Chief of Security (35252).

06/29/2021 2:47 PM

Keith O'Banion viewed Derrick Smith's application Chief of Security (35252).

06/29/2021 2:46 PM

Charlotte Cates viewed Derrick Smith's application Chief of Security (35252).

06/29/2021 1:20 PM

Charlotte Cates sent a message Interview at East Mississippi Corr. Center for Chief of Security, to Derrick Smith for Chief of Security (35252).

06/29/2021 1:06 PM

Charlotte Cates scheduled Interview for Derrick Smith with Jacob Vigliante at July 01, 2021 8:30:00 AM for Chief of Security (35252).

06/29/2021 1:06 PM

Charlotte Cates scheduled Interview for Derrick Smith with Ray Rice at July 01, 2021 8:30:00 AM for Chief of Security (35252).

06/29/2021 1:06 PM

Exhibit "B" - 7