| **MTC** Management & Training Corporation | **Position Description** |

| | |
|---|---|
| Facility Name: | East Mississippi Correctional Facility |
| Position Title: | Chief of Security |
| Department: | Operations |
| Status: | Exempt    Effective Date: 07/19/2012 |

### Position Summary:
Reports to the deputy warden, operations. Directly supervises the captains. Responsible for the custody and discipline of inmates in compliance with American Correctional Association (ACA) standards, Management & Training Corporation (MTC) and Mississippi Department of Corrections (MDOC) directives.

### Essential Functions:
1. Plan, coordinate and manage the administrative and programmatic activities of the department.
2. Provide staff training, evaluate staff performance and recommend department and personnel changes to the deputy warden, operations.
3. Assist the deputy warden, operations in the preparation of the departmental budget; monitor and control expenditures.
4. Assist in the development and implementation of new and revised policies and procedures affecting security. Coordinate with other departments to ensure compliance with overall facility objectives.
5. Exercise overall supervision of correctional officers and inmates; supervise, protect, instruct, train, counsel and evaluate employees and inmates. Schedule employees and provide scheduling for inmates work and off-duty time. Make recommendations for inmates considered for trustee status. Assist in formulating security and work procedures.
6. Supervise and direct searches for contraband and provide security.
7. Provide security and custody for inmates. Supervise the observation of inmates.
8. Respond to emergencies.
9. Read, review and properly apply information found in inmate records related to the inmates' health and safety, and to the security of the facility. Provide appropriate information to other personnel.
10. Supervise the preparation and maintenance of records, forms and reports.
11. Promote the development of positive social skills through modeling appropriate behaviors and intervening when inappropriate behaviors are observed. Provide regular feedback to staff regarding social skills procedures and intervention techniques.
12. Maintain accountability of staff, inmates and property; adhere to safety practices.

It is expected that the incumbent shall perform other duties as assigned within his/her capabilities as determined by management.

### Education and Experience Requirements:
Bachelor's degree in correctional management, criminal justice, public/business administration, education counseling or other related field and four (4) years correctional experience, two (2) of which must be in a supervisory capacity required. Directly related experience may be considered in lieu of formal education requirements if approved by management. Valid driver's license in the state of Mississippi with an acceptable driving record required, unless waived by management.

### Post Hire Requirements:
Must successfully complete annual in-service training requirements.

| | |
|---|---|
| _____ | _____ |
| Warden | Date |
| | |
| _____ | _____ |
| Vice President, Human Resources | Date |

Exhibit "C" - 1



| | |
|---|---|
| **MTC** Management & Training Corporation | **Position Description** |

| | |
|---|---|
| Facility Name: | East Mississippi Correctional Facility |
| Position Title: | Deputy Warden, Operations |
| Department: | Operations |
| Status: | Exempt          Effective Date: 07/19/2012 |

### Position Summary:
Reports to the warden. Directly supervises the chief of security, maintenance manager, safety lieutenant, training lieutenant, DHO lieutenant, information systems manager, grievance coordinator, clerk and the secretary. Responsible for overall management of security and unit management operations in compliance with American Correctional Association (ACA) standards, Management & Training Corporation (MTC) and Mississippi Department of Corrections (MDOC) directives.

### Essential Functions:
1. Plan, coordinate and direct the total administrative and programmatic activities of the departments assigned.
2. Provide staff training, evaluate staff performance and implement organizational and personnel changes as approved by the warden and coordinated with the manager, human resources prior to implementation.
3. Develop departmental budget; monitor and control expenditures. Review and recommend changes to budget authorizations.
4. Closely monitor the inmate disciplinary and grievance processes to ensure staff compliance.
5. Develop and implement new and revised policies and procedures affecting security. Coordinate with training and safety lieutenant to ensure compliance with overall facility objectives.
6. Direct procedures and practices relating to the training and counseling of inmates and security of staff and inmates; maintain constant vigilance of employees and inmates through staff assignments to insure that policies, rules and regulations are being adhered to and that none are violated.
7. Conduct weekly inspections of prison to ensure compliance with health, safety, and security standards.
8. Provide, through administrative staff assignments, proper number of officers and other personnel for all security functions; oversee preparation of work and other related reports on inmates for the classification committee and permanent record of inmates showing progress and estimating rehabilitative prospects.
9. Monitor staff selection process of potential employees to ensure adherence to all applicable laws, MTC and Mississippi regulations, and select qualified applicants to fill vacancies as needed.
10. Promote the development of positive social skills through modeling appropriate behaviors and intervening when inappropriate behaviors are observed. Provide regular feedback to staff regarding social skills procedures and intervention techniques.
11. Maintain accountability of staff, inmates and property; adhere to safety practices.

It is expected that the incumbent shall perform other duties as assigned within his/her capabilities as determined by management.

### Education and Experience Requirements:
Bachelor's degree in correctional management, criminal justice, public or business administration, education, counseling or other related field and five (5) years correctional experience, three (3) of which must be in a supervisory capacity required. Directly related experience may be considered in lieu of formal education requirements, if approved by the senior vice president, corrections. Valid driver's license in the state of Mississippi with an acceptable driving record required, unless waived by management.

### Post Hire Requirements:
Must successfully complete the annual in-service training requirements.

| | |
|---|---|
| Warden | Date |

| | |
|---|---|
| Vice President, Human Resources | Date |

Exhibit "C" - 2



**Management & Training Corporation**

**Position Description**

| | |
|---|---|
| Facility Name: | East Mississippi Correctional Facility |
| Position Title: | Special Housing Manager |
| Department: | Operations |
| Status: | Exempt |
| Effective Date: | 09/01/2014 |

### Position Summary:
Reports to the deputy warden, operations. Directly supervises the lieutenants, sergeants, correctional officers, case managers, and staff assigned to housing units five and six. Responsible for the daily correctional operations in compliance with Management & Training Corporation (MTC) and Mississippi Department of Corrections (MDOC) directives.

### Essential Functions:
1. Orient, direct, schedule, train, supervise and evaluate all staff assigned in the designated housing units.
2. Conduct staff development training for the staff assigned to housing units.
3. Develop and implement ongoing revisions to the housing plan.
4. Develop and implement programming to be conducted within the designated housing unit.
5. Evaluate and render decisions regarding classification, job assignments and minor disciplinary actions of inmates assigned in the designated housing units.
6. Monitor the review of detailed background files and personal interviews. Recommend individual treatment programs for each assigned inmate.
7. Provide continuous educational, vocational, personal and social adjustment counseling on an individual and group basis. Recommend necessary program modifications throughout each inmate's assigned stay.
8. Utilize new concepts and approaches; recommend and conduct training sessions and conferences to develop greater proficiency among staff in the areas of guidance and social adjustment.
9. Recommend medical and psychiatric evaluation for emotional or psychological problems. Evaluate results and take remedial action as warranted.
10. Read, review and properly apply information found in inmate records which is related to the inmates' health and safety and to the security of the facility. Provide appropriate information to other personnel.
11. Assist in the development and implementation of new and revised policies, procedures and programs affecting security.
12. Assist in the evaluation of facility services for the inmates and recommend modifications for improvement. Supervise and direct searches for contraband and provide security.
13. Supervise and provide custody and security of inmates including observation of inmates.
14. Respond to facility emergencies.
15. Serve in the duty warden rotation.
16. Maintain accountability of inmates and property; adhere to safety practices.
17. Promote and develop positive social skills through modeling appropriate behaviors and intervening when inappropriate behaviors are observed.
18. Maintain the security and safety of staff, unit and inmates.

It is expected that the incumbent shall perform other duties as assigned within his/her capabilities as determined by management.

### Education and Experience Requirements:
High school diploma or GED required. Bachelor's degree preferred. Four (4) years related experience and two (2) years of supervisory experience in a correctional setting required. Valid driver's license in the state of Mississippi or Alabama with an acceptable driving record required, unless waived by management.

Exhibit "C" - 3



Position Description

**Post Hire Requirements:**
Must successfully complete annual in-service training requirements.

_____  9/3/14
Warden                      Date

_____  9/3/2014
Vice President, Human Resources   Date

MTC Management & Training Corporation

Search Jobs   About Us   Join Our Talent Network   Saved Jobs

[Keyword, Job Title, Skills]  [City, State]  [Facility ▼]  **FIND JOB »**

# CASE MANAGER

**Location:** Meridian, MS
**Job ID:** 56819
**Facility:** East Mississippi Correctional Facility

**APPLY NOW**

**SAVE JOB**

Share: [f] [in] [twitter]

### Overview

**Pay: $16.00/hr.**

Ready for a meaningful career in criminal justice? MTC Facilities provide a safe and secure working environment for our staff while helping offenders gain valuable skills and treatment necessary for success upon release.

**Position Title:** Case Manager

**Facility Name:** EAST MISSISSIPPI CORRECTIONAL FACILITY

**Location:** 10641 Highway 80 W, Meridian, MS 39307

**Status:** Full Time, Monday – Friday

Our team members enjoy competitive wages, affordable health, dental, and prescription drug insurance, education and tuition assistance, paid time off, 9 paid holidays, flexible schedules, 401(k) with company match, and a chance to make a difference every day!

**Position Summary:**

Reports to the case manager supervisor. Responsible for planning, coordinating, developing, and implementing a professional individual and group counseling program for assigned inmates in compliance with American Correctional Association (ACA) standards, Management & Training Corporation (MTC), and Mississippi Department of Corrections (MDOC) directives.

**Essential Functions:**

1. Review detailed background file, conduct personal interview and test as necessary to analyze and recommend a program for each assigned inmate.
2. Initiate and maintain individual personal social development (PSD) folder on each assigned inmate.
3. Provide direct aid and counseling to inmates with personal needs or problems, i.e., sickness, injury, family problems, and other related personal problems.
4. Provide continuous educational, vocational, personal and social adjustment counseling on an individual and group basis.
5. Recommend necessary program modifications throughout each assigned inmate's stay.
6. Assist with development of plans, missions, objectives, schedules, policies, and programs for units within the facility.
7. Make rounds through other areas in the facility where inmates may be temporarily housed, programmed and/or work which requires long periods of standing and walking.
8. Make daily rounds through units to evaluate operations and to communicate with staff and inmates.
9. Perform investigative duties involving incidents within units to include unit staff and/or inmates.
10. Assist with pre-release and release preparation as required for contractual compliance.
11. Conduct continuous interpretation and evaluation of progress in inmate's specific development program. Coordinate problem cases and point out areas in which guidance and development techniques can be improved. Maintain documentation and records.
12. Utilize new concepts and approaches. Recommend and conduct training sessions and conferences to develop greater proficiency among staff in areas of guidance and social adjustment.
13. Recommend medical or psychiatric evaluation for emotional or psychological problems. Evaluate results and take remedial action as warranted.
14. Assist in the evaluation of facility services for inmates and recommend modifications for improvement.
15. Promote the development of positive social skills through modeling appropriate behaviors and intervening when inappropriate behaviors are observed.
16. Maintain accountability of inmates and property; adhere to safety practices.
17.

It is expected that the incumbent shall perform other duties as assigned within his/her capabilities as determined by management.

**Education and Experience Requirements:**

Associate's degree in counseling or related field required. Bachelor's degree and one (1) year related experience preferred. Directly related experience may be considered in lieu of formal education requirements. A valid driver's license in the state of Mississippi with an acceptable driving record required, unless waived by management.

**Post Hire Requirements:**

Must successfully complete annual in-service training requirements.

Management & Training Corporation (MTC) is an Equal Opportunity Employer. All qualified applicants will receive consideration for employment without regard to race, color, age, religion, sex, sexual orientation, gender identity, disabled status, veteran status, genetic information, national origin, or any other category protected by federal law. MTC participates in E-Verify. We strive to provide reasonable accommodation for qualified individuals with disabilities, including disabled veterans, in our job application and hiring process. If you are interested in employment opportunities with Management & Training Corporation and need assistance, please contact our staffing department through customersupport@mtctrains.com or 801-693-2888.