

**Human Resources**

## Interview Questions for Special Housing Manager

Name of Applicant: Derrick Smith    Name of Interviewer: Hector Patillo
Date: 3/26/21

Explain your professional background as it relates to the position of Special Housing Unit Manager for which you are applying.

15 years experience. 10 years as supervisor. Developed the stepped down program. Worked RHU 3 years. as cpt.

Describe your approach to managing and developing a team of both base line staff and supervisors.

Has to be rebuilt. Need to be in the Fire Front. Need to be dependable.

Describe your approach to managing offender population in specialized units.

Need to reliable. Inmates need to be able to count on you.

Describe any importance in ensuring offenders receive adequate medical and mental health services when housed in Restrictive Housing Units. What would be your approach to ensuring these services?

Accountability. Hold self and staff accountable.

Describe the importance in ensuring offenders receive recreation and other programs when housed in Restrictive Housing Units. What would be your approach to ensuring these services?

Be out on the Fire Front. lead the staff.

Explain any experience undergoing major audits and inspections?

Always think ACA. Always think about the standards.

Describe any experience in assisting with the development and implementation of policies and procedures.

Developed the post orders in 2012. During GEO transition.

Explain any experience in managing the response to emergencies and incidents in specialized offender population units such as Restrictive Housing Unit.

Stay Focused. Stay vigilant. Always be prepared.

Explain your approach in providing or carrying out an unpopular directive or change to staff.

Staff are renegade. You need to be consistent every day.

This position requires consistent communication and coordination with other departments. Explain your approach in maintaining a positive working relationship with others while under the demands of job requirements and time sensitive tasks.

Prioritize. Set a plan/schedule. Talk to them.

This position may require working extended number of hours to include working evenings weekends and holidays. Do you have any issues working these time frames?

No.

## Interview Questions for Special Housing Manager

This position is considered an on call status position. Do you have any issues responding to phone calls, to include recalls to the facility?

*No.*

This position may entail performing other duties as assigned. Would you have any issues participating in such duties and assignments?

*No.*

MTC is founded on a BIONIC (Believe It or Not I Care) philosophy, and we are committed to maintaining a culture of concern and caring for those we serve and out employees. Tell us how you would incorporate this philosophy as a Training Lieutenant.

*Be ultimate role model for staff & inmates. Be professional.*

Have you ever been found to have engaged in sexual abuse in prison, jail, lockup, community confinement facility, or other institution, or convicted or engaging or attempting to engage in sexual activity with any person by force, threat of force or coercion or if the victim did not or could not consent?

*No.*

Have you been civilly or administratively adjudicated to have engaged in the activity just described?

*No.*

Have you been found to have engaged in sexual harassment at work?

*No.*

**MTC Human Resources**

## Interview Questions for Special Housing Manager

Name of Applicant: Derrick Smith   Name of Interviewer: Keith OBannin
Date: 3-25-21

Explain your professional background as it relates to the position of Special Housing Unit Manager for which you are applying.

*15 yrs Corrections, 10 yrs Supervisor, chief of security 2 years; 3 yrs Seg Captain*

Describe your approach to managing and developing a team of both base line staff and supervisors.

*progressive approach to training & leadership inmate needs persons to believe in them*

Describe your approach to managing offender population in specialized units.

*reliable; count on you*

Describe any importance in ensuring offenders receive adequate medical and mental health services when housed in Restrictive Housing Units. What would be your approach to ensuring these services?

*Accountability; hold staff accountable to ensure that prep yourself*

Describe the importance in ensuring offenders receive recreation and other programs when housed in Restrictive Housing Units. What would be your approach to ensuring these services?

*needs are being met; be on the forefront inclement weather*

Explain any experience undergoing major audits and inspections?

*ACA, MDOC standards meet standards everyday knowledgeable of standards*

Describe any experience in assisting with the development and implementation of policies and procedures.

*Post orders were written by me; assisted in the writing of policies*

Explain any experience in managing the response to emergencies and incidents in specialized offender population units such as Restrictive Housing Unit.

*stay focused; stay vigilant; stay prepared*

Explain your approach in providing or carrying out an unpopular directive or change to staff.

*renegades; repeatedly advise; consistent*

This position requires consistent communication and coordination with other departments. Explain your approach in maintaining a positive working relationship with others while under the demands of job requirements and time sensitive tasks.

*prioritize with other; planning; communication*

This position may require working extended number of hours to include working evenings weekends and holidays. Do you have any issues working these time frames?

*No*

## Interview Questions for Special Housing Manager

This position is considered an on call status position. Do you have any issues responding to phone calls, to include recalls to the facility?  *No*

This position may entail performing other duties as assigned. Would you have any issues participating in such duties and assignments?  *No*

MTC is founded on a BIONIC (Believe It or Not I Care) philosophy, and we are committed to maintaining a culture of concern and caring for those we serve and out employees. Tell us how you would incorporate this philosophy as a ~~Training Lieutenant~~.  *be the ultimate role model for staff & inmates*

Have you ever been found to have engaged in sexual abuse in prison, jail, lockup, community confinement facility, or other institution, or convicted or engaging or attempting to engage in sexual activity with any person by force, threat of force or coercion or if the victim did not or could not consent?  *No*

Have you been civilly or administratively adjudicated to have engaged in the activity just described?  *No*

Have you been found to have engaged in sexual harassment at work?  *No*

Exhibit "D" - 4


Human Resources

Name of Applicant: **Derrick Smith**

Name of Interviewer: **H. Portillo**   Date: **6·30·21**

## Interview Questions for Major/ Chief of Security

1. Elaborate on your professional background and how it relates to the position you are applying for.
   ✗ 20+ years experience EMCF & Walnut Grove

2. Describe your style of leadership approach and experience when managing both base line staff and supervisors.
   Firm and reasonable

3. This position requires managing a large department in a constant changing environment. Describe your approach in ensuring information in such an environment is efficiently relayed to all staff within that department.
   ✗ Good comm with He. Be organized.

4. Elaborate on any experience managing large-scale emergencies and incidents.
   mentioned referring to emergency plans.

5. Imagine a scenario where you are contacted while on vacation by an on-duty Shift Commander. The Shift Commander informs you that the facility count will not clear. Explain your response if you were to be faced with this scenario.
   ✗ Specified procedures correctly.

6. Describe your approach in generating and managing complex shift schedules.
   Seniority

7. This position requires guiding supervisors through constant staffing matters. Describe your approach and experience in ensuring efficient staffing accountability.
   ✗ Good response with looking at those who don't work o/t.

8. Elaborate on your experience in conducting both administrative and criminal investigations.
   Pro-active response

9. Describe your experience in generating and reviewing such documents as incident packets, after action reviews, policies and procedures, post orders and emergency plans.

Exhibit "D" - 5

**MTC** Human Resources

10. This position requires a demanding sense of reliability and dependability. Describe your experience in managing a work-life balance, and if you foresee any issues in maintaining the "on-call status" this position requires.

11. How do you manage stress?

12. MTC is founded on a BIONIC (Believe It Or Not I Care) philosophy, and we are committed to maintaining a culture of concern and caring for those we serve and for our employees. Tell us how you would incorporate this philosophy into your daily work.

    Mentored ultimate role model

*Per the Prison Rape Elimination Act (PREA), you must provide a response to the following questions:*

Have you ever been found to have engaged in sexual abuse in a prison, jail, lockup, community confinement facility, juvenile facility, or other institution, or convicted of engaging or attempting to engage in sexual activity with any person by force, threat of force or coercion or if the victim did not or could not consent?
No.

Have you been civilly or administratively adjudicated to have engaged in the activity described above?
No.

Have you ever been found to have engaged in sexual harassment at work?
No.

Rice
- Admin vs. emergency
- Following up on directives

Vigi
- How do you define a sense of urgency