# Derrick Smith
601-938-4660
Derricksmith133@gmail.com

**EXPERIENCE:**
- Fifteen years of experience in Corrections.
- Ten years of Supervisory experience in Corrections.
- Three years' experience in Armory\Key Control\ Tool Control.
- Experience in staff retention and promoting professionalism in the workplace.
- Experience in developing lesson plans and training curriculums.
- Experience in prison gangs
- Experience in American Correctional Associations (ACA) auditing.
- Experience in Quality Control Procedure (QCP) auditing.
- Experience in Budgeting a Security Department

**EDUCATION:**
- Associate Degree, Criminal Justice, University of Phoenix, Phoenix, Arizona
- General Studies, Meridian Community College, Meridian, MS

**WORK HISTORY:**
- East Mississippi Correctional Facility (Management Training Corp.)
    - Captain February 17, 2020 to Present
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Sergeants, Correctional Officers at a maximum security 1375 bed Mental Health Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination.
    - 
- US Embassy Kubal, Afghanistan
    - Senior Guard Supervisor – September 20, 2014 to February 17, 2020
    Oversee designated sector/guard force section, Take direction from the Diplomatic Security Agent in Charge. Ensure the safety of the Guard Force and the U.S. Embassy staff. Control Access and Egress from the U.S Embassy. Ensure proper searching of all visitors entering and exiting the U.S. Embassy.
- East Mississippi Correctional Facility (Management Training Corp.) Meridian, MS
    - Chief of Security – July 02, 2012 to September 20, 2014
    Responsible for Security and supervision of all security staff, which includes Captains, Lieutenants, Sergeants, and Correctional Officers at a maximum security 1375 bed Correctional Facility. Assist Human Resources with the hiring of the correctional staff, Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination. Assisted prison administrator with collecting and compiling reports, making schedules, compiling payroll data, etc.
- Walnut Grove Youth Correctional Facility (GEO GROUP) Walnut Grove, MS
    - Captain – February 11, 2011 to July 02, 2012
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Correctional Officers at a maximum security 1400 bed youthful

Exhibit "E" - 1

# Derrick Smith
601-938-4660
Derricksmith133@gmail.com

Offenders Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination. Assisted prison administrator with collecting and compiling reports, making schedules, compiling payroll data, etc.

- East Mississippi Correctional Facility (GEO GROUP) Meridian, MS
    - Captain – May 30, 2008 - February 11, 2011
      Responsible for Security and supervision of all security staff, which includes Lieutenants, Sergeants, Correctional Officers at a maximum security 1375 bed Mental Health Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination.

    - Lieutenant – August 21, 2007 – May 30, 2008 (GEO GROUP) Meridian, MS
      Responsible for facility security, resident conduct and discipline, respondent work, control of contraband in all areas of the facility by supervising Sergeants, and Correctional Officers.

    - Armory/Key Control/Tool Control Sergeant (GEO GROUP) Meridian, MS – June 01, 2004 – August 21, 2007
      Supervised and ensured proper usage of armory contents, keys, and tools

    - Correctional Officer – October 21, 2001 - June 01, 2004
      Supervised and maintained control of residents within, and during movement between specific areas. Conducted counts of residents at both regular and variable intervals

**AWARDS:**
- Supervisor of the Year, 2009
- Perfect Attendance Award

**LICENSES AND CERTIFICATIONS:**
- Security Manager
- ACA Certificate
- Dynamic Supervisor certification
- Training for Trainers Certification
- PPCT Defensive Tactics Basic Certification
- CPR Certificates
- Completed 128 hours of Correctional Officers Training
- Completed Basic Chemical Agent Training
- Firearms Training: 9mm pistol, 5.56mm Rifle, 7.62mm Rifle, RPK Machine Gunn
- Completed Inter-Personal Communication Skills (IPC) Training
- National Incident Management System (NIMS) Certificate
- NIMS Resource Management Certificate

# Derrick Smith
601-938-4660
Derricksmith133@gmail.com

- Introduction to Incident Command System for Law Enforcement Certificate
- National Response Framework, An Introduction Resource Management Certificate
- Combative Trafficking in Persons Awareness Training Department of Defense Certificate
- Single Resources and Initial Action Incident Certificate
- Introduction to Incident Command System Certificate
- 2 hour course in use, exposure and decontaminations of Chemical Agents
- Safety Training Certificate
- Combat Life Safer Course Certificate
- Pepperball Technologies Certified

# Derrick Smith
**601-938-4660**
Derricksmith133@gmail.com

**EXPERIENCE:**
- Fifteen years of experience in Corrections.
- Ten years of Supervisory experience in Corrections.
- Three years' experience in Armory\Key Control\ Tool Control.
- Experience in staff retention and promoting professionalism in the workplace.
- Experience in developing lesson plans and training curriculums.
- Experience in prison gangs
- Experience in American Correctional Associations (ACA) auditing.
- Experience in Quality Control Procedure (QCP) auditing.
- Experience in Budgeting a Security Department

**EDUCATION:**
- Associate Degree, Criminal Justice, University of Phoenix, Phoenix, Arizona
- General Studies, Meridian Community College, Meridian, MS

**WORK HISTORY:**
- East Mississippi Correctional Facility (Management Training Corp.)
    - Captain February 17, 2020 to Present
      Responsible for Security and supervision of all security staff, which includes Lieutenants, Sergeants, Correctional Officers at a maximum security 1375 bed Mental Health Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination.
    - 
- US Embassy Kubal, Afghanistan
    - Senior Guard Supervisor – September 20, 2014 to February 17, 2020
      Oversee designated sector/guard force section, Take direction from the Diplomatic Security Agent in Charge. Ensure the safety of the Guard Force and the U.S. Embassy staff. Control Access and Egress from the U.S Embassy. Ensure proper searching of all visitors entering and exiting the U.S. Embassy.
- East Mississippi Correctional Facility (Management Training Corp.) Meridian, MS
    - Chief of Security – July 02, 2012 to September 20, 2014
      Responsible for Security and supervision of all security staff, which includes Captains, Lieutenants, Sergeants, and Correctional Officers at a maximum security 1375 bed Correctional Facility. Assist Human Resources with the hiring of the correctional staff, Prepared and reviewed performance

# Derrick Smith
**601-938-4660**
Derricksmith133@gmail.com

appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination. Assisted prison administrator with collecting and compiling reports, making schedules, compiling payroll data, etc.

- Walnut Grove Youth Correctional Facility (GEO GROUP) Walnut Grove, MS
    - Captain – February 11, 2011 to July 02, 2012
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Correctional Officers at a maximum security 1400 bed youthful Offenders Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination. Assisted prison administrator with collecting and compiling reports, making schedules, compiling payroll data, etc.
- East Mississippi Correctional Facility (GEO GROUP) Meridian, MS
    - Captain – May 30, 2008- February 11, 2011
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Sergeants, Correctional Officers at a maximum security 1375 bed Mental Health Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination.

    - Lieutenant – August 21, 2007 – May 30, 2008 (GEO GROUP) Meridian, MS
    Responsible for facility security, resident conduct and discipline, respondent work, control of contraband in all areas of the facility by supervising Sergeants, and Correctional Officers.

    - Armory/Key Control/Tool Control Sergeant (GEO GROUP) Meridian, MS  – June 01, 2004 – August 21, 2007
    Supervised and ensured proper usage of armory contents, keys, and tools

    - Correctional Officer – October 21, 2001- June 01, 2004
    Supervised and maintained control of residents within, and during movement between specific areas. Conducted counts of residents at both regular and variable intervals

**AWARDS:**

# Derrick Smith
**601-938-4660**
Derricksmith133@gmail.com

- Supervisor of the Year, 2009
- Perfect Attendance Award

**LICENSES AND CERTIFICATIONS:**
- Security Manager
- ACA Certificate
- Dynamic Supervisor certification
- Training for Trainers Certification
- PPCT Defensive Tactics Basic Certification
- CPR Certificates
- Completed 128 hours of Correctional Officers Training
- Completed Basic Chemical Agent Training
- Firearms Training: 9mm pistol, 5.56mm Rifle, 7.62mm Rifle, RPK Machine Gunn
- Completed Inter-Personal Communication Skills (IPC) Training
- National Incident Management System (NIMS) Certificate
- NIMS Resource Management Certificate
- Introduction to Incident Command System for Law Enforcement Certificate
- National Response Framework, An Introduction Resource Management Certificate
- Combative Trafficking in Persons Awareness Training Department of Defense Certificate
- Single Resources and Initial Action Incident Certificate
- Introduction to Incident Command System Certificate
- 2 hour course in use, exposure and decontaminations of Chemical Agents
- Safety Training Certificate
- Combat Life Safer Course Certificate
- Pepperball Technologies Certified