

**MTC** Management & Training Corporation

A Leader in Social Impact

August 18, 2021

<u>Via Digital Charge System</u>

Ms. Barbara Fuller, Investigator
U.S. Equal Employment Opportunity Commission
Jackson Area Office
Dr. A.H. McCoy Federal Building
100 West Capitol Street, Suite 338
Jackson, MS 39269

> Re: <u>Derrick Smith, Charge No. 523-2021-01048</u>

Dear Ms. Fuller:

This letter and the accompanying documentation set forth the position of Respondent, Management & Training Corporation (MTC), with respect to the Charge of Discrimination filed by Derrick Smith.

MTC operates the East Mississippi Correctional Facility on behalf of the Mississippi Department of Corrections (MDOC). As described more fully below, and as supported in the accompanying exhibits, MTC did not discriminate against Mr. Smith based on his race, sex or any other protected category. Instead, MTC selects the most qualified, best suited individual for its vacancies. A review of the positions for which Mr. Smith applied reveals that the individuals selected were objectively more qualified. Moreover, a review of all promotional decisions at the Facility clearly shows that statistically there is no discrimination in promotional opportunities.

Mr. Smith is unable to show that he has been treated less favorably than similarly situated individuals outside his protected class, nor can he rebut MTC's legitimate, nondiscriminatory reasons for its hiring decisions. MTC respectfully requests that the EEOC dismiss the complaint with a no probable cause finding.

## I.    MTC's Business Operations

Management & Training Corporation consists of four divisions: Education & Training, Corrections, MTC Medical, and Economic & Social Development. Each of these divisions provides life-changing opportunities through academic, career, technical, and social skills training programs. MTC's Corrections division helps prepare offenders to successfully transition back to society while maintaining safe and secure facilities. Since 1987, MTC has made a social impact by giving thousands of offenders an opportunity to change their lives. MTC's philosophy in Corrections is rehabilitation through education. MTC provides over 23000 men and women at 21 facilities with rehabilitation programs to help them prepare for a successful transition back to society. MTC also operates approximately 18 Job Corps Centers on behalf of the United States Department of Labor. MTC's federal corrections and job corps facilities are subject to the requirements of Executive Order 11246. **(Attachment 1 – Corrections Overview).**

The East Mississippi Correctional Facility is located at 10641 Highway 80 West in Meridian, Mississippi and has the capacity to serve 1500 inmates. **(Attachment 2 – Facility Overview)**. MTC provides offenders with a wide variety of educational, vocational, and life-skills courses including general education development, adult basic education, substances abuse programming, workforce readiness training, life skills preparedness, and computer applications. MTC currently employs approximately 240 staff members at the East Mississippi Correctional Facility, 85% of whom are, like Mr. Smith, Black or African American.

## II.    MTC's Policies

The company is firmly committed to prohibiting discrimination on the basis of race, color, sex, age, religion, national origin, sexual orientation, gender identity, gender dysphoria, gender expression, status of being transgendered, disabled status, marital status, sexual and reproductive health decisions, veteran status, genetic information, political affiliation or belief, or any other category protected by federal, state or local law throughout the employment process, from selection through termination. The Company is also committed to an equal opportunity program to ensure fair employment practices in all company operations. Each member of management is responsible for understanding, communicating and strictly enforcing this policy. **(Attachment 3 – MTC Corporate Policies 202.1-Equal Employment Opportunity and 203.2-Anti-Harassment)**. In addition, MTC prohibits any form of retaliation against an employee for reporting a violation of any of its policies. As part of its philosophy, the Company believes that all employees deserve the right to work in an atmosphere where they feel comfortable, respected, valued, and empowered to fulfill their responsibilities and address concerns openly with management.

MTC maintains a policy with respect to hiring which provides that MTC is firmly committed to selecting, employing and retaining the most qualified, best suited person for available positions. Generally, vacancies are posted internally at the facility for a period of three days prior to advertising externally. Individuals may be appointed into management vacancies which directly report to the deputy director or programs director,

facility director, highest ranking MTC employee at a facility, or a vice president without the posting or announcing of the vacancy. **(Attachment 4 – MTC Corporate Policy 201.2 Employee Talent Acquisition)**.

These policies are summarized in the MTC handbook and are available to employees on MTC's intranet site. Mr. Smith received a copy of the employee handbook and acknowledged that he understood MTC's policies. **(Attachment 5 – Handbook Acknowledgement)**.

**III.    Factual Background**

MTC hired Mr. Smith as a Captain on February 17, 2020. This is a very high level position at the facility responsible for the custody and discipline of inmates and for supervising the shift Lieutenants. **(Attachment 6 – Position Description)**. Within the organizational Chart, the Captain is in the top tier of the security staff reporting to the Chief of Security, who reports to the Deputy Warden, who reports to the Warden.

Since February 2020, there have been 58 total promotions at the facility. 48 of these promotions went to Black or African American employees, while 20 of these promotions went to males. These promotional statistics are on par with the ratio of these same protected classifications' relative representation within the Facility. 85% of the current staff are Black or African American, and 82% of the promotions were Black or African American employees. 73% of the current staff at the facility are female. 65% of the promotions were given to female staff. If anything, more male staff were promoted than is reflective of their underlying proportion of the employee population. From a purely statistical standpoint, Mr. Smith's contention that MTC does not promote Black or African American staff or men is false.

Since February 2020, Mr. Smith has applied for three positions at East Mississippi Correctional Facility. In March 2021, he applied for the position of Deputy Warden. There were 31 total candidates, 12 identified as Black or African American, and 18 identified as male. Ultimately, Sara Revell (Caucasian female), Regional Vice President, and Hector Portillo (Hispanic male), selected Jacob Vigiliante (Hispanic male) for the position. Mr. Vigiliante was objectively more qualified than Mr. Smith and the other candidates. In particular, Mr. Vigiliante had more years of experience working in corrections, possessed more supervisory experience in corrections, and had worked for the company for sixteen years. A base comparison of Mr. Vigiliante's qualifications and Mr. Smith's qualifications show that Mr. Vigiliante was objectively more qualified for the position than was Mr. Smith. **(Attachment 7 – Resumes of J. Vigiliante and D. Smith)**.

In the same month, Mr. Smith applied for the position of Special Housing Manager. There were 14 total candidates, 4 identified as Black or African American, and 2 identified as male. Four individuals, including Mr. Smith were interviewed for the position. Of these all four were Black or African American, and two were male. Ultimately, Shericka Nelson (Black or African American female) was selected for the

job. Warden Portillo conducted the interviews and rated both Ms. Nelson and Mr. Smith as strong candidates for the position. A review of the interview notes, however, indicate that Ms. Nelson had more knowledge of the American Correctional Association standards, and had been serving as a Special Housing Manager in an acting capacity at the time the hiring process took place. As such, she had proved that she could perform the duties of the position. Indeed, she had done remarkably well in this role and had been preparing the Special Housing Unit for an upcoming audit. Ms. Nelson was the logical choice for the job and the best suited for the position. **(Attachment 8 – Interview Notes for Special Housing Unit Position)**.

Finally, in June 2021, Mr. Smith applied for the position of Chief of Security. There were 23 total candidates, 6 identified as Black or African American, and 9 identified as male. Of these, five, including Mr. Smith were interviewed. Four of the interviewed applicants were Black or African American, and all five candidates were male. Mr. Smith was interviewed for the position, however, a more qualified white male applicant, Justin Rowell, was selected for the job. Mr. Rowell had served in a variety of positions at the facility including Lieutenant and Captain. As a Captain, Mr. Rowell had served in the position for three years and had also served as the facility's Training Lieutenant. He had well-rounded skills suitable for the Chief of Security and was the most qualified for the position. **(Attachment 9 – Resumes of D. Smith and J. Rowell)**.

## IV.    Argument

Mr. Smith fails to establish a prima facie case of discrimination based on his race or sex. In order to prove a prima facie case of discrimination, Mr. Smith must show that he (1) is a member of a protected class; (2) suffered an adverse employment action; and (3) similarly situated individuals outside of her protected class were treated differently. *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 801-804 (1973). Mr. Smith is unable to show that similarly situated individuals outside his protected classifications were treated differently, nor can he rebut MTC's legitimate, nondiscriminatory reasons for the individuals the company selected for promotion.

As a threshold matter, there are no allegations of comments or other conduct related to Mr. Smith's race or sex in this case. Indeed, other than his own conclusory allegation, there is no evidence at all that discriminatory animus played a role in MTC's promotional decisions. Indeed, the statistics show that Black or African Americans were promoted more often than any other race, and in direct comparison to the underlying percentage of total Black or African American staff. The same holds true for female staff. Moreover, of the three positions for which he applied, two were given to male staff members, and one to a Hispanic applicant, and another to a Black or African American applicant. On their face, these employment decisions were not discriminatory in nature.

More problematic, an examination of the reasons why others were selected for the three positions, reveal that there were legitimate, nondiscriminatory reasons for the promotional selections. The candidates were either more qualified or better suited for the positions, or both. Because of this, Mr. Smith cannot show that he is similarly situated

under the law to these applicants. Their qualifications were not identical, nor were their work histories and backgrounds. Rather, the applicants possessed greater and more relevant skill sets for the open positions.

Ultimately, MTC has a legitimate need to promote the most qualified, best suited employees for its leadership positions. The company did so without regard to race or sex, and without any discriminatory animus.

## V.    Conclusion

Mr. Smith cannot establish a prima facie case of discrimination because he cannot show that similarly situated individuals outside his protected class were treated more favorably, nor can he rebut MTC's legitimate, non-discriminatory reasons for promoting the most qualified, best suited individuals. MTC respectfully requests that the EEOC conclude its investigation with the determination that there is no probable cause to conclude that MTC violated federal law. [1]

Sincerely,

Christina Pignatelli
Labor and Employment Counsel

---

[1] This position statement is based upon MTC's understanding and investigation of the facts at this time. By submitting this position statement, MTC does not waive its right to present new, different, or additional facts, arguments, and defenses based upon subsequently acquired information or evidence.

Attachment 1



| MTC | Management & Training Corporation | A Leader in Social Impact |

## Making an Impact in People's Lives Since 1981

At MTC, caring about others, giving back, and making a social impact are the foundation of all we do. Since 1981, MTC has helped disadvantaged populations rise above their challenges to earn academic and technical training credentials and live meaningful, productive lives. MTC's core business in Corrections, Education & Training, MTC Medical, and Economic & Social Development is helping others to succeed in life and prosper in their communities. MTC currently educates and trains more than 20,400 students, provides safe and secure rehabilitation and transition services to over 27,000 residents and detainees, and provides healthcare to more than 14,000 residents and detainees.

## How We Help People

MTC is a leader in social impact by:

- Providing effective rehabilitative programs and services to men and women in the United States, the United Kingdom, and Australia to make their time in prison more productive and to reduce re-offending
- Educating and training America's at-risk youth so they have the technical and life skills they need to find and keep good jobs
- Caring for the medical, dental, and mental health needs of the men and women in our care
- Providing workforce training to citizens of other countries so they can take care of themselves and their families



"I think when I got here, I didn't have a lot of hope for the future," explains John, "because this is my second time down. So, like a lot of guys, I was hopeless. But now, every day, I'm involved in something meaningful."

—John Gibson, resident at the Cleveland Correctional Center



"Job Corps prepared me for work and continuing education by providing me with the academic and career preparation I needed to succeed in my chosen field."

—Briana Gosier, student at the Earle C. Clements Job Corps Center

MTC trains thousands of students and helped rehabilitate thousands of men and women thanks to a team of dedicated, professional, and talented staff.

| **27,000+** | **15,000+** | **60+** |
|---|---|---|
| individuals provided with programming to help reduce recidivism | industry-recognized credentials earned by students at MTC centers | accreditations and certifications earned by MTC facilities |

## Where We Help People

MTC is headquartered in Centerville, Utah and employs nearly 9,000 people. MTC changes lives across the world.

**United States**

★ Corporate Locations
▲ Correctional Facilities
  TX Department of Criminal
  Justice Treatment Programs
▲ Bureau of Prisons Facilities
▲ U.S. Marshals
  Correctional Facilities
▲ Immigration and Customs
  Enforcement (ICE) Detention Centers
● Job Corps Centers
● Job Corps Placement and
  Admissions Offices
◆ MTC Medical Sites





United Kingdom

Ralsbrook Secure
Training Centre



Australia

Parkea
Correctional Centre



Egypt

○ Cairo WISE Office
○ Egypt Workforce Improvement
  and Skill Enhancement
  (WISE) Offices

Morocco

○ Fez

## Diversity and Inclusion

We're all different in many ways and that brings great strength to MTC and to our mission to change lives through education and rehabilitation. We value and appreciate the diversity of our workforce, where our core value is equity in all decisions and activities. Our inclusive culture allows us to form respectful, engaged, and productive teams. More than 51% of our staff nationwide are people of color, with 55% being female. More than 74% of our facility leaders are people of color, with 62% of those we serve being people of color. At MTC we celebrate diversity, equity, and inclusion.



## MTC Corrections
### Preparing Men and Women for Successful Re-entry

### Rehabilitating More Than 23,000 People at 22 Facilities Throughout the World

For 40 years, MTC has worked with at-risk, underserved men and women to empower them with vital tools that will change their lives. We provide a wide range of effective rehabilitation programs, vocational training, counseling, cognitive behavior intervention, education courses including college programs, and life skills that lead to better lives. Our mission is to help each man and woman in our care make lifelong changes so they're successful in society after release.

### Culture of Caring, a Foundation for Success

MTC's culture of caring extends from our staff to the people we serve. A culture of compassion, encouragement, and positive reinforcement helps our residents change their lives.

① Hire and train caring staff

② Treat staff and residents with compassion

③ Transform lives through education, training, and treatment

④ Prepare residents for successful re-entry

### MTC Rehabilitation Model

Personal Assessment → Relationships → Effective Treatment → Education & Training

MTC's successful rehabilitation approach begins with a personal assessment. Each person in our care has unique needs. A personal assessment allows us to customize the care and rehabilitation we offer to achieve the greatest success. Our caring and compassionate staff then provide effective treatment programs, education, and job training based on the individual's needs. We round off our rehabilitation approach with programs to encourage healthy relationships which are critical to successful re-entry.

### Facility Locations

**Federal Bureau of Prisons**
- Giles W. Dalby Correctional Facility (2,063)

**U.S. Marshals Service**
- Willacy County Regional Detention Facility (552)
- Otero County Prison Facility (1,418)

**Arizona**
- Arizona State Prison—Marana (513)

**Florida**
- Bay Correctional Facility (985)
- Gadsden Correctional Facility (1,250)

**Idaho**
- Idaho CAPP Facility (442)

**Ohio**
- North Central Correctional Complex (2,918)

**Mississippi**
- East Mississippi Correctional Facility (1,500)
- Marshall County Correctional Facility (1,076)
- Wilkinson County Correctional Facility (900)

**Texas**
- Billy Moore Correctional Center (513)
- Bridgeport Correctional Center (524)
- Oliver J. Bell Unit (520)
- Diboll Correctional Center (518)
- East Texas Treatment Facility (2,320)
- Kyle Correctional Facility (520)
- Lindsey State Jail (1,031)
- Lockhart Correctional Facility (1,000)
- Sanders Estes Unit (1,040)

**International Corrections**
- Parklea Correctional Centre, Australia (1,000)
- Rainsbrook Secure Training Centre, United Kingdom (234)

(Resident Capacity)

### Research Shows Education and Training Reduces Recidivism



Education and training lowers recidivism by up to 43%*




For every $1 spent on education and training $5 is saved on future law enforcement and corrections costs*

Men and women at MTC facilities receive a wide variety of evidence-based rehabilitation opportunities including:

- Cognitive and behavioral development programs
- Academic courses
- Vocational training
- Substance abuse programs
- Gender-responsive and trauma-informed rehabilitation
- Relationship and life skills courses
- Faith-based activities

## Community Partnerships

MTC is proud to be an active and engaged member of our communities. Our staff and residents invest countless hours every year working with various non-profit organizations and other groups. Representatives from local government, business, and civic organizations serve on our facilities' community relations councils. We deeply value these partnerships and friendships and know that together we can change people's lives.

    



## Diversity and Inclusion

We're all different in many ways and that brings great strength to MTC and to our mission to change lives through education and rehabilitation. We value and appreciate the diversity of our workforce, where our core value is equity in all decisions and activities. Our inclusive culture allows us to form respectful, engaged, and productive teams. More than 51% of our staff nationwide are people of color, with 55% being female. More than 74% of our facility leaders are people of color, with 62% of those we serve being people of color. At MTC we celebrate diversity, equity, and inclusion.

## National Accreditations and Certifications

Our facilities are highly accountable. In addition to regular and rigorous audits by our customers, our facilities also strive to receive accreditation from various national corrections associations.

    

   

## Making a Worldwide Social Impact

We know that well-trained, caring, and compassionate staff and evidence-based programs are key to successfully helping incarcerated men and women change their lives. We have taken this philosophy and approach across the world to help people outside the U.S. In addition to the 23,000 people we serve in the U.S., we also provide rehabilitation services to nearly 1,000 men at the Parklea Correctional Centre in Australia and more than 200 young people at the Rainsbrook Secure Training Centre in England. We look to expand our reach abroad in an effort to improve people's lives and to reduce recidivism.

 A Leader in Social Impact                    www.mtctrains.com

* Davis, Lois M., Robert Bozick, Jennifer L. Steele, Jessica Saunders and Jeremy N. V. Miles. (2013). Evaluating the Effectiveness of Correctional Education: A Meta-Analysis of Programs That Provide Education to Incarcerated Adults (p. 3). Santa Monica, CA: RAND Corporation. Retrieved from http://www.rand.org/pubs/research_reports/RR266.html

Attachment 2

 **MTC**

# East Mississippi Correctional Facility
Preparing Men for Successful Re-entry | July 2021



## Facility Profile
**Warden:** Hector Portillo | **Capacity:** 1,500 Residents | **Security Level:** Minimum, Medium, Close, and Maximum
**Location:** 10641 HWY 80 W. | Meridian, MS 39307 | (601) 485-5255

## Hiring Local and Supporting the Meridian Community



**299** Dedicated employees preparing residents for re-entry



**$1,630,470** Spent supporting local businesses

## Research Shows Education and Training Works



Education and training lowers recidivism by up to 43%*

 

For every $1 spent on education and training, $5 is saved for future law enforcement and corrections costs*

## Culture of Caring—A Foundation for Success

1. Hire and train caring staff
2. Treat staff and residents with compassion
3. Transform lives through education, training, and treatment
4. Prepare residents for successful re-entry

## Providing Education and Training to Reduce Recidivism

### Resident Results
**139** certificates earned in educational, career training, substance abuse treatment, and life-skills programs in the last year.

 



### Certifications and Education Programs
Residents at the East Mississippi Correctional Facility can earn industry-recognized certifications through a partnership with the National Center for Construction Education and Research (NCCER). NCCER certifications in painting and other core construction courses provide residents with the edge to get jobs after they're released.



 

---

 A Leader in Social Impact    Management & Training Corporation Operates the East Mississippi Correctional Facility for the Mississippi Department of Corrections

## East Mississippi Correctional Facility has Achieved Nationally-Recognized Corrections and Safety Accreditations

East Mississippi Correctional Facility is accredited by the American Correctional Association—achieving compliance for both mandatory and non-mandatory standards in its most recent audit. The facility is also certified by the Prison Rape Elimination Act (PREA).



**PREA**
Prison Rape
Elimination Act

### Rehabilitation Programs

 **Education**
- Adult Basic Education
- General Education Development

 **Life Skills**
- Inside Out Dad
- Pre-Release
- SAMHSA Anger Management
- Stress Management
- Workforce Readiness

 **Recreation/Other**
- Offender Orientation

 **Religious**
- Experiencing God
- Bible Study

 **Substance Abuse**
- Pathway to Change
- Residential Drug Abuse

 **Therapy**
- Choice & Change
- High Risk Step down Program
- Moral Recreation Therapy

 **Vocation**
- Facility Care
- NCCER Core
- NCCER Painting
- Computer Apps
- 

## Valuing the Meridian Community

MTC is proud to be a part of the community in Lauderdale County. Staff and inmates volunteer both time and money in the community, working with various non-profit organizations and other groups that benefit the local community. Representatives from local government, business, and civic organizations serve on the facility's community relations council. Facility leaders share important updates and collaborate on issues important to the community.

### Community Relations Council

- **Dustin Markham**
  Meridian City Councilman & Attorney
- **Sheriff Billy Sollie**
  Lauderdale County
- **President Dr. John McEachin**
  Authority Board Member

- **Chief Anthony Clayton**
  Meridian Fire Department
- **Nellie Snatcher**
  Mississippi Department of Employment Services

- **Lynne Carey**
  Meridian Community College
- **Shannon Coleman**
  Meridian Community College

## COVID-19 Safety Precautions

Since the outbreak of the COVID-19 Pandemic, MTC has closely followed the Centers for Disease Control and Prevention and local health department protocols and recommendations to keep our staff and clients safe. The health of our employees and those we care for is our top priority.

* Davis, Lois M., Robert Bozick, Jennifer L. Steele, Jessica Saunders and Jeremy N. V. Miles. (2013). Evaluating the Effectiveness of Correctional Education: A Meta-Analysis of Programs That Provide Education to Incarcerated Adults (p. 3). Santa Monica, CA: RAND Corporation. Retrieved from http://www.rand.org/pubs/research_reports/RR266.html

Attachment 3

| MANAGEMENT & TRAINING CORPORATION | Serial No. | Effective Date | Page |
|---|---|---|---|
| | 202.1 | 01 January 2020 | 1 of 2 |
| | Approved *[signature]* | | |

Title

## EQUAL OPPORTUNITY/AFFIRMATIVE ACTION

### A.  PURPOSE

To establish a policy that will ensure equal opportunity for job applicants and employees of the company. This policy applies to all employees including on-call, and PRN, as well as contractors, vendors and other business visitors.

### B.  POLICY

1.  Discrimination and Retaliation - The company is firmly committed to prohibiting discrimination on the basis of race, color, sex, age, religion, national origin, sexual orientation, gender identity, gender dysphoria, gender expression, status of being transgendered, disabled status, marital status, sexual and reproductive health decisions, veteran status, genetic information, political affiliation or belief, or any other category protected by federal, state or local law throughout the employment process. The company is also committed to an affirmative action program which will ensure fair employment practices in all company operations.  Each member of management is responsible for understanding, communicating, and strictly enforcing this policy.

    The company must be made aware of discrimination before it can act to stop it.  The company cannot take corrective action unless it has knowledge a problem exists.  Anyone who experiences or is aware of discrimination must report the incident immediately.  Any supervisory employee who knows about discrimination and takes no action to stop it may be disciplined.

    No retaliation will be tolerated against any employee for reporting violations of this policy or for filing, testifying, assisting or participating in any investigation, proceeding or hearing conducted by the company or by a federal or state enforcement agency.  Any attempt at retaliation will be subject to the appropriate disciplinary action, up to and including termination.  Under no circumstances will an employee's job status, security, working conditions or relationship with the company be adversely affected because a good faith report is made or appealed to a higher level of management by that employee.

2.  Pay Transparency - The company will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant.  However, employees who have access to the compensation information of other employees or applicants as part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the company's legal duty to furnish information.

### C.  PROCEDURE

The facility director, human resources, and management staff at each company location will be responsible for ensuring equal opportunity and affirmative action for all job applicants and employees.

| MANAGEMENT & TRAINING CORPORATION | Serial No. 202.1 | Effective Date 01 January 2020 | Page 2 of 2 |
|---|---|---|---|

Title

## EQUAL OPPORTUNITY/AFFIRMATIVE ACTION

MTC 210

1.  Affirmative action program - The facility director shall ensure an affirmative action program is developed and maintained annually. The human resources department is responsible for monitoring, documenting, and reporting on the program. The plan can be viewed by any employee or applicant through the human resources department.

2.  Employee complaints - The employee should immediately report any complaint of discrimination to the human resources manager. If reporting the incident to the human resources manager is not appropriate or desirable, the report should be filed with the facility director, giving details related to the complaint.

    Employees are required to provide a statement of the incident

    Regardless of whether a statement is completed, each report, to the extent reasonably possible, will be promptly investigated to determine whether company policy has been violated. The investigation will be conducted in such a manner as to endeavor to maintain confidentiality. However, depending on the nature of the alleged violation, complete anonymity may not be possible. The facility director shall take immediate and appropriate steps to ensure investigation and closure of the complaint.

| | Serial No. | Effective Date | Page |
|---|---|---|---|
| **MANAGEMENT & TRAINING CORPORATION** | 203.2 | 01 January 2020 | 1 of 1 |
| | Approved | | |

Title

## ANTI-HARASSMENT

### A. PURPOSE

To establish a policy which prohibits harassment on the basis of race, color, religion, sex, national origin, age, disability, marital status, sexual and reproductive health decisions, sexual orientation, gender identity, gender dysphoria, gender expression, status of being transgendered, veteran status, genetic information, political affiliation or belief, or any other category protected by federal, state or local law. The company is committed to cultivating an atmosphere where employees, students, inmates and detainees feel comfortable, respected, valued and empowered to fulfill their responsibilities.

### B. POLICY

The company prohibits harassment in the workplace and violations of this policy may warrant disciplinary action, up to and including suspension or termination of employment. Unlawful harassment occurs when a supervisor, co-worker or even someone who is not an employee, behaves or acts in a manner that creates an intolerable work environment for another employee. This type of harassment is not limited to sex, but includes other characteristics as described above. Unlawful harassment also occurs when an employee with supervisory or influential authority over another, uses that authority to try to gain sexual or other favors in return for some type of employment gain.

The company must be made aware of harassment before it can act to stop it. The company cannot take corrective action unless it has knowledge that a problem exists. Anyone who experiences or is aware of harassment must report the incident immediately. Any supervisory employee who is aware of potential harassment and does not take prompt and appropriate action to stop it may be disciplined as well.

Retaliation will not be tolerated against any employee for reporting violations of this policy or for filing, testifying, assisting or participating in any investigation, proceeding or hearing conducted by the company or by a federal or state enforcement agency. Any attempt at retaliation will be subject to the appropriate disciplinary action, up to and including termination. Under no circumstances will an employee's job status, security, working conditions or relationship with the company be adversely affected because a good faith complaint is made.

This policy applies to all company employees including those in an on-call or PRN status, and contractors, vendors and other business visitors.

### C. PROCEDURE

The employee should immediately report the incident to the human resources manager. If for some reason reporting the incident to the human resources manager is not appropriate, the report should be filed with the facility director, giving details related to the complaint.

Employees are required to provide a statement regarding the incident.

Regardless of whether a statement is completed, each report, to the extent reasonably possible, will be promptly investigated to determine whether company policy has been violated. The investigation will be conducted in such a manner as to endeavor to maintain confidentiality. However, depending on the nature of the alleged violation, complete anonymity may not be possible. The facility director shall take immediate and appropriate steps to ensure investigation and closure of the complaint.

Attachment 4

| | Serial No. | Effective Date | Page |
|---|---|---|---|
| **MANAGEMENT & TRAINING CORPORATION** | 201.2 | 01 January 2016 | 1 of 1 |
| | Approved *Scott Marquardt* | | |

Title

## EMPLOYEE TALENT ACQUISITION

### A.  PURPOSE

To establish a policy for the selection of qualified individuals.

### B.  POLICY

The company is firmly committed to selecting, employing and retaining the most qualified, best suited person for available positions. This will be accomplished in accordance with the company's equal opportunity policy and affirmative action program.

The company may provide promotional opportunities to current employees.

### C.  PROCEDURE

1.  Individuals may be appointed into management vacancies which directly report to the deputy director or programs director, facility director, highest ranking MTC employee at a facility, or a vice president without the posting or announcing of the vacancy. Management also reserves the right to appoint an individual from the department in which the position is available without posting notice.

2.  In circumstances where persons are qualified by reason of experience but do not possess the academic training required by the job description, a substitution of experience may be permitted where indicated in the position description. Similarly, educational achievements may be substituted for experience if appropriate for the position. In any case, degrees purchased online that do not require a regular course of study will not be recognized. Individuals who have successfully completed an internship with the company are eligible to receive special or extra credit for the time and experience in the internship. The internship may be considered by management as experience in lieu of specific qualifications contained in the position description.

3.  Employment offers may include, but are not limited to, the following contingencies:

    - Passing a drug screen
    - Favorable background checks
    - Customer approval
    - Proof of employment eligibility
    - Possessing and maintaining an acceptable driving record
    - Possessing a driver's or commercial driver's license
    - Verification of education, certification and/or license

4.  Employees who have direct contact with inmates may also be required to have a physical examination and perform physical agility testing to ensure they can perform the essential functions of their position. Each site will establish screening procedures in accordance with customer requirements, applicable laws and regulations.

5.  Generally, vacancies will be posted internally for a minimum of three calendar days. Sites may elect to post for a longer period to ensure that staff are aware of the vacancy.

6.  The facility may conduct internal and external recruitment efforts simultaneously.

Attachment 5



# Employee Acknowledgement

I, _Derrick Smith_ , acknowledge I understand each of the items below by initialing on the spaces provided
Employee Name (Please Print)

_DS_  I have received and understand the employee handbook, as well as any other handbooks, policies, procedures, summary plan descriptions, or other personnel materials, does not create a binding employment contract between MTC and any employee. I recognize that MTC policies must be adhered to and understand that it is my responsibility to be familiar with company policies and seek clarification from my supervisor or human resources if I have questions. All policies are available to me at www.mtctrains.com and are available through my human resources office. I also understand that MTC expressly reserves the right to change any of the policies, procedures or rules, including those covered in this handbook, at any time.

_DS_  I certify the following to the best of my knowledge:
   I.   As of the date on this form, neither I nor any member of my immediate family has any business relationships which would be in conflict with the interest of MTC except*
   II.  I have no knowledge of myself or any other person acting in conflict with the interest of MTC or the guidance in the Employee Handbook, or MTC Policy 203.05 Ethics, as of the date on this form except*
   III. No member of my immediate family is employed by a supplier, customer, or competitor of MTC except*
If any change occurs which would require a different answer or statement, I will promptly complete a supplementary report bringing my record up to date.

MTC asks for the above information to enable MTC to obtain legal advice with respect to any questionable transaction or relationship that might be disclosed.  MTC will hold this information in confidence, consistent with our ethics guidelines, to the extent permitted by law.

_DS_  I understand uniforms, keys, manuals or any other items issued to me are either government or Company property and must be returned to the Company prior to the end of my employment. If any government or Company-owned items are not returned when my employment with MTC ends, I authorize the Company to withhold the replacement cost of such items from my final paycheck. I also understand that if any of these items are lost, I am to report the loss immediately to my supervisor.

_DS_  I received a copy of my position description for _Captain_ , I have read and understand the job duties and responsibilities and will address any questions with my immediate supervisor.

_DS_  I received training on MTC's anti-harassment policy.

_DS_  I received training on MTC's Code of Ethics.

_DS_  I reviewed the timecard and timekeeping process.

_DS_  I received a copy of the MTC Retirement Plan Summary Plan Description.

_DS_  I understand I may be required to drive for company business. Please complete the following:

   • Have you refused to submit to a Blood Alcohol Content test within the past three years? _____Yes  _X_ No
     If yes, please explain:
     _____
     _____

   • Have you had your operator's license suspended, revoked or administratively restricted within the past three years? _____Yes  _X_ No
     If yes, please explain:
     _____
     _____

Revised 06/01/2018



## Employee Acknowledgement

- Have you ever been denied a license, permit or privilege to operate a motor vehicle? ____Yes ✕ No

    If yes, please explain:

    _____

    _____

- Has any license, permit or privilege ever been suspended or revoked? ____Yes ✕ No

    If yes, please explain:

    _____

    _____

✓ This checklist will serve as record of my completion of new employee orientation. This record will be maintained in my personnel file.

My signature below verifies that I have been provided with the information indicated above and I am responsible for adhering to all company policies and procedures while employed with MTC.

_____
Employee Signature

_03/17/2020_
Date

*If there are exceptions or if in doubt, give details in the space provided above or, if necessary on an accompanying sheet. An exception does not exist if you have previously received written approval from the corporate office of any outside business activities or relationships. Your signature on this form shall constitute your certification that you have described all exceptions and that, if the space is blank, there is no exception.

Revised 06/01/2018

Attachment 6



**Position Description**

| | |
|---|---|
| Facility Name: | East Mississippi Correctional Facility |
| Position Title: | Captain |
| Department: | Operations |
| Status: | Exempt |

Effective Date: 07/19/2019

**Position Summary:**
Reports to the chief of security. Directly supervises the shift lieutenants. Responsible for the custody and discipline of inmates in unit in compliance with American Correctional Association (ACA) standards, Management & Training Corporation (MTC) and Mississippi Department of Corrections (MDOC) directives.

**Essential Functions:**
1.  Assist the chief of security in planning, coordinating and supervising the administrative and programmatic activities of the department.
2.  Provide staff training, evaluate staff performance and recommend department and personnel changes to the chief of security.
3.  Assist the chief of security in the preparation of the departmental budget; monitor and control expenditures.
4.  Assist in the development and implementation of new and revised policies, procedures and programs affecting security.
5.  Assist the chief of security in overall supervision of correctional officers and inmates; supervise, protect, instruct, train, counsel and evaluate assigned employees and inmates; schedule employees' and inmates' work and off-duty time; make recommendations for inmates being considered for Trustee Status; assist in formulating security and work procedures.
6.  Supervise and direct searches for contraband and provide security.
7.  Supervise and provide custody and security of inmates including observation of inmates.
8.  Respond to facility emergencies.
9.  Read, review and properly apply information found in inmate records which is related to the inmates' health and safety and to the security of the facility. Provide appropriate information to other personnel.
10. Supervise the preparation and maintenance of records, forms and reports.
11. Promote the development of positive social skills through modeling appropriate behaviors and intervening when inappropriate behaviors are observed. Provide regular feedback to staff regarding social skills procedures and intervention techniques.
12. Maintain accountability of staff, inmates and property; adhere to safety practices.

It is expected that the incumbent shall perform other duties as assigned within his/her capabilities as determined by management.

**Education and Experience Requirements:**
High School diploma or equivalent, and three (3) years corrections or related experience required, one (1) of which must be in a supervisory capacity. Valid driver's license in the state of Mississippi with an acceptable driving record required, unless waived by management.

**Post Hire Requirements:**
Must successfully complete annual in-service training requirements.

_____     _____
Warden                                              Date

_____     _____
Vice President, Human Resources                    Date

Attachment 7

# JACOB VIGLIANTE



Resourceful and dedicated Security professional with motivational leadership, training and employee supervision experience. Sixteen years' experience in a Correctional Setting with fourteen years being in a supervisory role. Hardworking and employs sound judgement and verbal de-escalation tactics to keep order and maintain the overall custody, control and accountability of the inmate population and staff safety. Firm belief that a proactive approach is key for the day to day operations of security and staff under your direct supervision are your greatest asset to achieve facility goals in a safe and secure manner. Served as acting Captain and successfully organized and supervised operational functions and activities; implemented procedures; ensured compliance with legal or contract requirements; assesses situations and utilized resources as appropriate, participated in operations; developed and administered a budget and handle special assignments as required.

## EXPERIENCE

**MARCH 2008- CURRENT**
**LIEUTENANT, OTERO COUNTY PRISON FACILITY**

- Provide direct supervision to 171 Correctional Officers and 16 Sergeants in a 1,381 bed maximum security prison. Supervise, protect, instruct, train, counsel and evaluate assigned employees and inmates; schedule employees and inmates work and off duty time.
- Assist in formulation Security and work policies and procedures.
- Supervise and direct searches for contraband and provide security
- Read, review and properly apply information found in inmate records, which is related to the inmate's health and safety and to the security of the facility. Provide appropriate information to other personnel
- Supervise the preparation and maintenance of records, forms and reports
- Maintain accountability of staff, inmates and property; adhere to safety practices
- Perform specific security functions including "pat" and "strip" searches.
- Direct Supervisor of the Transport department.
- Provide specific guidance to staff in the application of direct supervision, counseling and interpersonal communication skills.
- Maintain up to date knowledge of the Emergency Response Plans and to convey these plans into action in the event of emergency.
- Prepare written reports for all contractual agencies.
- Promote the development of positive social skills through modeling appropriate behaviors and intervening when inappropriate behaviors are observed

- Conduct investigations of all serious incidents to include any use of force by staff, inmate on inmate assaults, inmate on staff assaults, PREA allegations and contraband seizures
- Conduct internal and external audits in accordance with state standards to ensure policies and procedures are adhered to

Served as SHIFT LIEUTENANT, TRANSPORT LIEUTENANT and ADMINISTRATIVE LIEUTENANT

**JULY 2007 – MARCH 31, 2008**
SERGEANT, OTERO COUNTY PRISON FACILITY

- Provided lead supervison to Correctional Officers in a 1,381 bed maximum security prison
- Responsible for the care, custody and adherence to rules and regulations of inmates
- Supervise the preparation and maintenance of records, forms and reports
- Supervise and provide custody and security of inmates and inmates assigned to work duty
- Conduct institutional rounds and ensure all post orders have been signed and directives from shift briefing are being followed by staff

**SEPTEMBER 2005-JULY2007**
CORRECTIONAL OFFICER, OTERO COUNTY PRISON FACILITY

- Search for contraband and provide security
- Conducted routine and emergency head counts
- Booked new inmates into the facility and processed inmates for release
- Made unannounced rounds at specified intervals and conducted head counts and roll calls
- Received and accounted for personal possessions and determined inmate work assignments
- Searched the institution and grounds, living quarters and work areas for contraband
- Verified facility security by inspecting plumbing, outside areas, locks and cells for potential hazards
- Made regular sanitation and maintenance checks of dorms and reported results to appropriate personnel
- Respond to emergencies as a member of Incident Command Alpha Response Team

**ACCOMPLISHMENTS**

- **Multiple times awarded Employee of the Month**
- **Multiple times awarded Supervisor of the Month**
- **Two time Celebrating Excellence MTC-Corporate Supervisor of the Year**

**PROFESSIONAL DEVELOPMENT**

- **Emergency Response Team Commander**
  -Responded to disturbances, riots and civil demonstrations in other facilities and successfully restored order.
- **Graduate of the El Paso County Sheriff's Office Special Emergency Response Team (SERT) Academy**
- **Graduate of the Penitentiary of New Mexico Special Emergency Response Team (SERT) Academy**
- **Less lethal Munitions Certified Instructor**
- **New Mexico Corrections Department certified Office of Professional Standards and PREA investigator**
- **Appointed as the Supervisor in charge of the MTC-Corporate office Roster Management Pilot initiative**

## EDUCATION

**MAY 2000**
**DIPLOMA,** IRVIN HIGH SCHOOL EL PASO, TX

**MAY 2005**
**BACHELORS DEGREE IN CRIMINAL JUSTICE,** LAKELAND COLLEGE SHEBOYGAN, WI

## SKILLS

- Administrative Skills
- New Hire Orientation
- Hiring and Retention
- Policies
- Crisis intervention training
- Self-defense techniques
- Search and Seizure procedures
- Restrictive Housing Unit management
- Office of Professional Standards Investigator
- Confrontational Avoidance training
- Strong interpersonal communication skills
- CCTV operations training
- Conflict resolution skills
- NIK Drug test certified
- Chemical Agents certified
- Less Lethal Munitions certified instructor
- PREA investigator
- OC Spray/Expandable Baton/Handcuffing certifications

# Derrick Smith
**601-938-4660**

b)(7)(C)

**EXPERIENCE:**
- Fifteen years of experience in Corrections.
- Ten years of Supervisory experience in Corrections.
- Three years' experience in Armory\Key Control\ Tool Control.
- Experience in staff retention and promoting professionalism in the workplace.
- Experience in developing lesson plans and training curriculums.
- Experience in prison gangs
- Experience in American Correctional Associations (ACA) auditing.
- Experience in Quality Control Procedure (QCP) auditing.
- Experience in Budgeting a Security Department

**EDUCATION:**
- Associate Degree, Criminal Justice, University of Phoenix, Phoenix, Arizona
- General Studies, Meridian Community College, Meridian, MS

**WORK HISTORY:**
- East Mississippi Correctional Facility (Management Training Corp.)
  - Captain February 17, 2020 to Present
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Sergeants, Correctional Officers at a maximum security 1375 bed Mental Health Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination.
  - 
- US Embassy Kubal, Afghanistan
  - Senior Guard Supervisor – September 20, 2014 to February 17, 2020
    Oversee designated sector/guard force section, Take direction from the Diplomatic Security Agent in Charge. Ensure the safety of the Guard Force and the U.S. Embassy staff. Control Access and Egress from the U.S Embassy. Ensure proper searching of all visitors entering and exiting the U.S. Embassy.
- East Mississippi Correctional Facility (Management Training Corp.) Meridian, MS
  - Chief of Security – July 02, 2012 to September 20, 2014
    Responsible for Security and supervision of all security staff, which includes Captains, Lieutenants, Sergeants, and Correctional Officers at a maximum security 1375 bed Correctional Facility. Assist Human Resources with the hiring of the correctional staff, Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination. Assisted prison administrator with collecting and compiling reports, making schedules, compiling payroll data, etc.
- Walnut Grove Youth Correctional Facility (GEO GROUP) Walnut Grove, MS
  - Captain – February 11, 2011 to July 02, 2012
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Correctional Officers at a maximum security 1400 bed youthful

# Derrick Smith

**601-938-4660**

[b)(7)(C)]

Offenders Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination. Assisted prison administrator with collecting and compiling reports, making schedules, compiling payroll data, etc.

- East Mississippi Correctional Facility (GEO GROUP) Meridian, MS
  - o Captain – May 30, 2008- February 11, 2011
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Sergeants, Correctional Officers at a maximum security 1375 bed Mental Health Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination.

  - o Lieutenant – August 21, 2007 – May 30, 2008 (GEO GROUP) Meridian, MS
    Responsible for facility security, resident conduct and discipline, respondent work, control of contraband in all areas of the facility by supervising Sergeants, and Correctional Officers.

  - o Armory/Key Control/Tool Control Sergeant (GEO GROUP) Meridian, MS  –
    June 01, 2004 – August 21, 2007
    Supervised and ensured proper usage of armory contents, keys, and tools

  - o Correctional Officer – October 21, 2001- June 01, 2004
    Supervised and maintained control of residents within, and during movement between specific areas. Conducted counts of residents at both regular and variable intervals

## AWARDS:
- Supervisor of the Year, 2009
- Perfect Attendance Award

## LICENSES AND CERTIFICATIONS:
- Security Manager
- ACA Certificate
- Dynamic Supervisor certification
- Training for Trainers Certification
- PPCT Defensive Tactics Basic Certification
- CPR Certificates
- Completed 128 hours of Correctional Officers Training
- Completed Basic Chemical Agent Training
- Firearms Training: 9mm pistol, 5.56mm Rifle, 7.62mm Rifle, RPK Machine Gunn
- Completed Inter-Personal Communication Skills (IPC) Training
- National Incident Management System (NIMS) Certificate
- NIMS Resource Management Certificate

# Derrick Smith

**601-938-4660**

(b)(7)(C)

- Introduction to Incident Command System for Law Enforcement Certificate
- National Response Framework, An Introduction Resource Management Certificate
- Combative Trafficking in Persons Awareness Training Department of Defense Certificate
- Single Resources and Initial Action Incident Certificate
- Introduction to Incident Command System Certificate
- 2 hour course in use, exposure and decontaminations of Chemical Agents
- Safety Training Certificate
- Combat Life Safer Course  Certificate
- Pepperball Technologies Certified

Attachment 8

*Shericka Nelson

**Interview**
Special Housing Manager (33527)

**Hector Portillo**
Date Submitted 03/26/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | **Final Conclusion** |
| | "Strong candidate." |
| | **Evaluation** |
| | Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Excellent | Experience: The extent to which the applicant's background and experience are consistent with the job requirements. |
| | "Candidate current in Acting Special Unit Manager role. Key collaborator during recent ACA audit preparations and implementation of changes." |
| Excellent | Education: The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements. |
| | "Extensive training in 5th Edition ACA Standards." |
| Good | Technical Qualifications: The extent to which the applicant possesses the technical knowledge/skills required. |
| | "Expressed notable management and organizational skills during interview" |
| Good | Communication Skills: The extent to which the applicant can communicate effectively. |
| | "Thorough responses." |
| Excellent | Interest: The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization. |
| | "Demonstrated commitment to the position through recent collaborations and leadership in Restrictive Housing." |
| Excellent | Knowledge of the Company: The extent to which the applicant demonstrated knowledge of the organization prior to the interview. |
| | "Thorough knowledge of new ACA standards in RHU." |
| Good | Teambuilding/Interpersonal Skills: The extent to which the candidate demonstrated good interpersonal skills. |
| | "Good presentation and attitude during interview." |
| Excellent | Attitude: The extent to which the candidate displayed a positive and BIONIC attitude. |
| | "Great attitude." |
| Good | Time Management: The extent to which the candidate demonstrated good time management skills through his or her answers and actions. |
| | "Responded efficiently and thoroughly to all questions." |
| Good | Customer Service: The extent to which the candidate demonstrated a high level of customer service skills/abilities. |
| | "Demonstrated an understanding of meeting contractual needs of the RHU." |
| Excellent | Overall Impression: Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position. |
| | "Strong candidate." |

# Derrick Smith

**Interview**
Special Housing Manager (33527)

**Hector Portillo**
Date Submitted 03/26/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | **Final Conclusion** |
| | "Strong candidate." |
| | **Evaluation** |
| | Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Good | Experience: The extent to which the applicant's background and experience are consistent with the job requirements. |
| | "Extensive experience demonstrated during interview. Little to no familiarity with ACA 5th Edition Standards expressed." |
| Fair | Education: The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements. |
| | "More training on new RHU standards and policies recommended." |
| Excellent | Technical Qualifications: The extent to which the applicant possesses the technical knowledge/skills required. |
| | "Demonstrated great leadership attributes during interview." |
| Good | Communication Skills: The extent to which the applicant can communicate effectively. |
| | "Though communicated thoroughly, answers were generalized." |
| Excellent | Interest: The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization. |
| | "Strong indication of interest expressed with motivation for upward mobility." |
| Good | Knowledge of the Company: The extent to which the applicant demonstrated knowledge of the organization prior to the interview. |
| | "More knowledge of new ACA standards recommended." |
| Excellent | Teambuilding/Interpersonal Skills: The extent to which the candidate demonstrated good interpersonal skills. |
| | "Great presentation, dress code, and verbal skills." |
| Excellent | Attitude: The extent to which the candidate displayed a positive and BIONIC attitude. |
| | "Great attitude." |
| Fair | Time Management: The extent to which the candidate demonstrated good time management skills through his or her answers and actions. |
| Good | Customer Service: The extent to which the candidate demonstrated a high level of customer service skills/abilities. |
| Good | Overall Impression: Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position. |
| | "Strong candidate." |

Attachment 9

# Derrick Smith
### 601-938-4660
(b)(7)(C)

**EXPERIENCE:**
- Fifteen years of experience in Corrections.
- Ten years of Supervisory experience in Corrections.
- Three years' experience in Armory\Key Control\ Tool Control.
- Experience in staff retention and promoting professionalism in the workplace.
- Experience in developing lesson plans and training curriculums.
- Experience in prison gangs
- Experience in American Correctional Associations (ACA) auditing.
- Experience in Quality Control Procedure (QCP) auditing.
- Experience in Budgeting a Security Department

**EDUCATION:**
- Associate Degree, Criminal Justice, University of Phoenix, Phoenix, Arizona
- General Studies, Meridian Community College, Meridian, MS

**WORK HISTORY:**
- East Mississippi Correctional Facility (Management Training Corp.)
  - Captain February 17, 2020 to Present
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Sergeants, Correctional Officers at a maximum security 1375 bed Mental Health Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination.
  - 
- US Embassy Kubal, Afghanistan
  - Senior Guard Supervisor – September 20, 2014 to February 17, 2020
    Oversee designated sector/guard force section, Take direction from the Diplomatic Security Agent in Charge. Ensure the safety of the Guard Force and the U.S. Embassy staff. Control Access and Egress from the U.S Embassy. Ensure proper searching of all visitors entering and exiting the U.S. Embassy.
- East Mississippi Correctional Facility (Management Training Corp.) Meridian, MS
  - Chief of Security – July 02, 2012 to September 20, 2014
    Responsible for Security and supervision of all security staff, which includes Captains, Lieutenants, Sergeants, and Correctional Officers at a maximum security 1375 bed Correctional Facility. Assist Human Resources with the hiring of the correctional staff, Prepared and reviewed performance

# Derrick Smith
**601-938-4660**
(b)(7)(C)

appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination. Assisted prison administrator with collecting and compiling reports, making schedules, compiling payroll data, etc.

- Walnut Grove Youth Correctional Facility (GEO GROUP) Walnut Grove, MS
  - o Captain - February 11, 2011 to July 02, 2012
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Correctional Officers at a maximum security 1400 bed youthful Offenders Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination. Assisted prison administrator with collecting and compiling reports, making schedules, compiling payroll data, etc.

- East Mississippi Correctional Facility (GEO GROUP) Meridian, MS
  - o Captain - May 30, 2008- February 11, 2011
    Responsible for Security and supervision of all security staff, which includes Lieutenants, Sergeants, Correctional Officers at a maximum security 1375 bed Mental Health Facility. Prepared and reviewed performance appraisal and discuss with subordinates. Observed facility personnel and residents from a standpoint of security, morale, employee-resident relations and overall coordination.

  - o Lieutenant – August 21, 2007 – May 30, 2008 (GEO GROUP) Meridian, MS
    Responsible for facility security, resident conduct and discipline, respondent work, control of contraband in all areas of the facility by supervising Sergeants, and Correctional Officers.

  - o Armory/Key Control/Tool Control Sergeant (GEO GROUP) Meridian, MS  – June 01, 2004 – August 21, 2007
    Supervised and ensured proper usage of armory contents, keys, and tools

  - o Correctional Officer – October 21, 2001- June 01, 2004
    Supervised and maintained control of residents within, and during movement between specific areas. Conducted counts of residents at both regular and variable intervals

**AWARDS:**

# Derrick Smith
**601-938-4660**

(b)(7)(C)

- Supervisor of the Year, 2009
- Perfect Attendance Award

**LICENSES AND CERTIFICATIONS:**
- Security Manager
- ACA Certificate
- Dynamic Supervisor certification
- Training for Trainers Certification
- PPCT Defensive Tactics Basic Certification
- CPR Certificates
- Completed 128 hours of Correctional Officers Training
- Completed Basic Chemical Agent Training
- Firearms Training: 9mm pistol, 5.56mm Rifle, 7.62mm Rifle, RPK Machine Gunn
- Completed Inter-Personal Communication Skills (IPC) Training
- National Incident Management System (NIMS) Certificate
- NIMS Resource Management Certificate
- Introduction to Incident Command System for Law Enforcement Certificate
- National Response Framework, An Introduction Resource Management Certificate
- Combative Trafficking in Persons Awareness Training Department of Defense Certificate
- Single Resources and Initial Action Incident Certificate
- Introduction to Incident Command System Certificate
- 2 hour course in use, exposure and decontaminations of Chemical Agents
- Safety Training Certificate
- Combat Life Safer Course  Certificate
- Pepperball Technologies Certified

__DOCX_HDR_END__

JUSTIN ROWELL

(b)(7)(C)

SUMMARY ,
A seasoned corrections professional with supervisory experience, demonstrating organizational and leadership skills with considerable experience in planning and implementing training.

EXPERIENCE ,
2016 thru Current
Management & Training Corporation East Mississippi Correctional Facility
Meridian, MS

Captain
* Reports directly to the Chief of Security and functions as shift commander.
* Hired as Shift Lieutenant with subsequent promotions to Captain and Unit Manager before returning to shift as a Captain.
* Directly supervises shift lieutenants, sergeants and correctional officers
* Balances shift rosters and manages PTO calendar
* Facility CERT Commander supervising 20 team members
* Certified CERT Instructor
* Cadet Trainer for Defensive Tactics; Use of Force; Cell Extractions; Cell Searches; Contraband; Inmate Con Games
* Certified in the use of Chemical Agents
* Certified in the use of Less Lethal Firearms

2012  thru 2016
Lauderdale County Sheriff's Department
Meridian, MS
Lieutenant
* Hired as Correctional Officer with subsequent promotion to Lieutenant
* Directly supervised staff and inmates

2008 thru 2012
East Mississippi State Hospital                          Meridian, MS
Direct Care Worker
* Directly supervised psychiatric patients during daily routines

1998 thru 2008
City of Meridian                                        Meridian, MS
Labor Supervisor
* Hired as Laborer with subsequent promotion to Labor Supervisor
* Responsible for supervising construction and maintenance of roads and ditches within the city limits

TRAINING ,

Ongoing                                                    Black
Tiger Tactical                                      Meridian, MS
Correctional Emergency Response Team Instructor
References available upon request