# SHERICKA NELSON

shericka_nelson@yahoo.com  |  (601) 686-1490

Shubuta, MS 39360

**PROFESSIONAL SUMMARY**

Talented professional adept at handling high caseloads without sacrificing quality of care. Operates in high-pressure environments while recommending best resources and courses of action to benefit patient needs and return each to optimal quality of life.

**SKILLS**

- First aid and safety
- Patient care
- Progress documentation
- Behavioral Management
- Case Management
- Cash Management
- Database Management
- Regulatory Compliance
- Time management
- Training
- Team building
- Technical support
- Data Analysis
- MS Office
- Data Entry
- Administrative support
- Customer Service
- State regulations knowledge

**WORK HISTORY**

**Direct Care Professional**  |  Ellisville State School - Ellisville, Ms     05/2018 - CURRENT

Offered support for client mental and emotional needs to enhance physical outcomes and overall happiness. Assisted disabled clients in any way necessary to facilitate independence and well-being. Helped patients safely transition between sleeping surfaces and mobility assistance such as wheelchairs by providing consistent support. Maintained clean, safe and well-organized patient environment. Assisted patients with dressing, grooming and feeding needs, helping to overcome and adapt to mobility restrictions.

**Case Manager**  |  East Mississippi Correctional Facility - Meridian, MS     06/2017 - 01/2018

Checked all book in and discharges, making sure all charges have paperwork and all discharges have orders of discharge. Coordinated responses of case loads to emergency situations arising in different prison locations. Noted and followed up on any unusual behavior. Processed and logged accurate and detailed incident reports.

**Dispatch Operator**  |  Slidell Police department - Slidell, LA     10/2016 - 04/2017

Maintained updated and detailed records of calls in physical and electronic database. Responded to daily caller requests with information about assistance and time-frames.

**Customer Service Associate** | Jones County Junior College Health Clinic, Health Clinic - Ellisville, MS    08/2012 - 05/2014

Maintained accurate and current customer account data with manual forms processing and digital information updates. Improved customer satisfaction ratings by addressing issues and fostering timely resolution. Managed customer relations and customer service through daily communication and interaction. Modified and refined offerings and operational practices to meet changing customer requirements.

## EDUCATION

University of Southern Mississippi, Hattiesburg, MS    EXPECTED IN 2021
**Bachelor of Science**: Criminal Justice
In Progress

Jones County Junior College, Ellisville, MS    2014
**Associate of Arts**:

Quitman High School, Quitman, MS    2012
**High School Diploma**:

## REFERENCES

Available Upon Request

Exhibit "G" - 2