# *Shericka Nelson

**Interview**
Special Housing Manager (33527)

**Hector Portillo**
Date Submitted 03/26/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | **Final Conclusion**<br>"Strong candidate." |
| | **Evaluation**<br>Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Excellent | **Experience:** The extent to which the applicant's background and experience are consistent with the job requirements.<br>"Candidate current in Acting Special Unit Manager role. Key collaborator during recent ACA audit preparations and implementation of changes." |
| Excellent | **Education:** The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements.<br>"Extensive training in 5th Edition ACA Standards." |
| Good | **Technical Qualifications:** The extent to which the applicant possesses the technical knowledge/skills required.<br>"Expressed notable management and organizational skills during interview" |
| Good | **Communication Skills:** The extent to which the applicant can communicate effectively.<br>"Thorough responses." |
| Excellent | **Interest:** The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization.<br>"Demonstrated commitment to the position through recent collaborations and leadership in Restrictive Housing." |
| Excellent | **Knowledge of the Company:** The extent to which the applicant demonstrated knowledge of the organization prior to the interview.<br>"Thorough knowledge of new ACA standards in RHU." |
| Good | **Teambuilding/Interpersonal Skills:** The extent to which the candidate demonstrated good interpersonal skills.<br>"Good presentation and attitude during interview." |
| Excellent | **Attitude:** The extent to which the candidate displayed a positive and BIONIC attitude.<br>"Great attitude." |
| Good | **Time Management:** The extent to which the candidate demonstrated good time management skills through his or her answers and actions.<br>"Responded efficiently and thoroughly to all questions." |
| Good | **Customer Service:** The extent to which the candidate demonstrated a high level of customer service skills/abilities.<br>"Demonstrated an understanding of meeting contractual needs of the RHU." |
| Excellent | **Overall Impression:** Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position.<br>"Strong candidate." |

# Derrick Smith

**Interview**
Chief of Security (35252)

**Ray Rice**
Date Submitted 07/01/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | **Final Conclusion**<br>"Mr. Smith has the capabilities for the position of Chief of Staff at EMCF." |
| | **Evaluation**<br>Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Excellent | Experience: The extent to which the applicant's background and experience are consistent with the job requirements.<br>"20 plus years of correctional experience. Was Chief of Security at EMCF from 2012 to 2014" |
| Excellent | Education: The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements.<br>"Experience" |
| Excellent | Technical Qualifications: The extent to which the applicant possesses the technical knowledge/skills required.<br>"Mr. Smith has technical skills for the position." |
| Excellent | Communication Skills: The extent to which the applicant can communicate effectively.<br>"Mr. Smith has excellent communication skills." |
| Excellent | Interest: The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization.<br>"Mr. Smith understands the philosophy of MTC." |
| Good | Knowledge of the Company: The extent to which the applicant demonstrated knowledge of the organization prior to the interview.<br>"Mr. Smith has 15 years of experience at EMCF." |
| Good | Teambuilding/Interpersonal Skills: The extent to which the candidate demonstrated good interpersonal skills.<br>"Mr. Smith demonstrated good interpersonal skills." |
| Excellent | Attitude: The extent to which the candidate displayed a positive and BIONIC attitude.<br>"Mr. Smith has proven to display positive and BIONIC attitude." |
| Good | Time Management: The extent to which the candidate demonstrated good time management skills through his or her answers and actions.<br>"Mr. Smith has demonstrated good time management in his previous positions at EMCF." |
| Good | Customer Service: The extent to which the candidate demonstrated a high level of customer service skills/abilities.<br>"Mr. Smith has knowledge of the skills that are required by our customer." |
| Good | Overall Impression: Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position.<br>"Mr. Smith has many strengths and very few weaknesses for the position applied for." |

Exhibit "H" - 2

# Derrick Smith

**Interview**
Chief of Security (35252)

**Jacob Vigliante**
Date Submitted 07/01/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | Final Conclusion<br>"strong candidate" |
|  | Evaluation<br>Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Excellent | Experience: The extent to which the applicant's background and experience are consistent with the job requirements. |
| Good | Education: The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements. |
| Excellent | Technical Qualifications: The extent to which the applicant possesses the technical knowledge/skills required. |
| Excellent | Communication Skills: The extent to which the applicant can communicate effectively. |
| Excellent | Interest: The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization. |
| Excellent | Knowledge of the Company: The extent to which the applicant demonstrated knowledge of the organization prior to the interview. |
| Excellent | Teambuilding/Interpersonal Skills: The extent to which the candidate demonstrated good interpersonal skills. |
| Excellent | Attitude: The extent to which the candidate displayed a positive and BIONIC attitude. |
| Excellent | Time Management: The extent to which the candidate demonstrated good time management skills through his or her answers and actions. |
| Excellent | Customer Service: The extent to which the candidate demonstrated a high level of customer service skills/abilities. |
| Excellent | Overall Impression: Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position. |

Exhibit "H" - 3

# Justin Rowell

**Interview**
Chief of Security (35252)

**Jacob Vigliante**
Date Submitted 07/01/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | Final Conclusion<br>"strong candidate" |
| | Evaluation<br>Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Good | Experience: The extent to which the applicant's background and experience are consistent with the job requirements. |
| Good | Education: The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements. |
| Excellent | Technical Qualifications: The extent to which the applicant possesses the technical knowledge/skills required. |
| Excellent | Communication Skills: The extent to which the applicant can communicate effectively. |
| Excellent | Interest: The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization. |
| Excellent | Knowledge of the Company: The extent to which the applicant demonstrated knowledge of the organization prior to the interview. |
| Excellent | Teambuilding/Interpersonal Skills: The extent to which the candidate demonstrated good interpersonal skills. |
| Excellent | Attitude: The extent to which the candidate displayed a positive and BIONIC attitude. |
| Excellent | Time Management: The extent to which the candidate demonstrated good time management skills through his or her answers and actions. |
| Excellent | Customer Service: The extent to which the candidate demonstrated a high level of customer service skills/abilities. |
| Excellent | Overall Impression: Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position. |

Exhibit "H" - 4

# Justin Rowell

**Interview**
Chief of Security (35252)

**Hector Portillo**
Date Submitted 07/01/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | **Final Conclusion**<br>"Strong candidate." |
| | **Evaluation**<br>Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Good | Experience: The extent to which the applicant's background and experience are consistent with the job requirements.<br>"Extensive Correctional management experience." |
| Good | Education: The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements.<br>"Supervisory Development and CERT instructor training." |
| Fair | Technical Qualifications: The extent to which the applicant possesses the technical knowledge/skills required.<br>"No specific technical skills indicated." |
| Good | Communication Skills: The extent to which the applicant can communicate effectively.<br>"Displayed efficient interpersonal communication skills during interview." |
| Good | Interest: The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization.<br>"Tenured employee with a strong desire for growth within the company." |
| Good | Knowledge of the Company: The extent to which the applicant demonstrated knowledge of the organization prior to the interview.<br>"Tenured employee with strong working knowledge of MTC and EMCF's goals." |
| Excellent | Teambuilding/Interpersonal Skills: The extent to which the candidate demonstrated good interpersonal skills.<br>"Displayed a high sense of comradery at the start of the interview." |
| Good | Attitude: The extent to which the candidate displayed a positive and BIONIC attitude.<br>"Experience in training and development by assisting in the implementation of Culture of Caring." |
| Good | Time Management: The extent to which the candidate demonstrated good time management skills through his or her answers and actions.<br>"Responded timely with concise answers." |
| Good | Customer Service: The extent to which the candidate demonstrated a high level of customer service skills/abilities.<br>"Displayed an understanding of meeting contractual objectives." |
| Good | Overall Impression: Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position.<br>"Strong candidate." |

Exhibit "H" - 5

# Derrick Smith

**Interview**
Special Housing Manager (33527)

**Hector Portillo**
Date Submitted 03/26/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | **Final Conclusion**<br>"Strong candidate." |
| | **Evaluation**<br>Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Good | Experience: The extent to which the applicant's background and experience are consistent with the job requirements.<br>"Extensive experience demonstrated during interview. Little to no familiarity with ACA 5th Edition Standards expressed." |
| Fair | Education: The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements.<br>"More training on new RHU standards and policies recommended." |
| Excellent | Technical Qualifications: The extent to which the applicant possesses the technical knowledge/skills required.<br>"Demonstrated great leadership attributes during interview." |
| Good | Communication Skills: The extent to which the applicant can communicate effectively.<br>"Though communicated thoroughly, answers were generalized." |
| Excellent | Interest: The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization.<br>"Strong indication of interest expressed with motivation for upward mobility." |
| Good | Knowledge of the Company: The extent to which the applicant demonstrated knowledge of the organization prior to the interview.<br>"More knowledge of new ACA standards recommended." |
| Excellent | Teambuilding/Interpersonal Skills: The extent to which the candidate demonstrated good interpersonal skills.<br>"Great presentation, dress code, and verbal skills." |
| Excellent | Attitude: The extent to which the candidate displayed a positive and BIONIC attitude.<br>"Great attitude." |
| Fair | Time Management: The extent to which the candidate demonstrated good time management skills through his or her answers and actions. |
| Good | Customer Service: The extent to which the candidate demonstrated a high level of customer service skills/abilities. |
| Good | Overall Impression: Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position.<br>"Strong candidate." |

# Shericka Nelson

**Interview**
Special Housing Manager (33527)

**Hector Portillo**
Date Submitted 03/26/2021

| Rating | Candidate Summary |
|---|---|
| Strong candidate | Final Conclusion |
| | "Strong candidate." |
| | Evaluation |
| | Carefully and objectively evaluate the applicant's interview performance. Choose an appropriate rating based on the candidate's responses and provide justification for your rating in the comments section. Enter any final comments in the 'Final Conclusion' area at the bottom that justifies your decision based on the candidate's performance. |
| Excellent | Experience: The extent to which the applicant's background and experience are consistent with the job requirements. |
| | "Candidate current in Acting Special Unit Manager role. Key collaborator during recent ACA audit preparations and implementation of changes." |
| Excellent | Education: The extent to which the applicant's schooling and training is relevant and sufficient for the job requirements. |
| | "Extensive training in 5th Edition ACA Standards." |
| Good | Technical Qualifications: The extent to which the applicant possesses the technical knowledge/skills required. |
| | "Expressed notable management and organizational skills during interview" |
| Good | Communication Skills: The extent to which the applicant can communicate effectively. |
| | "Thorough responses." |
| Excellent | Interest: The extent to which the applicant demonstrated a high degree of initiative and interest in the position and the organization. |
| | "Demonstrated commitment to the position through recent collaborations and leadership in Restrictive Housing." |
| Excellent | Knowledge of the Company: The extent to which the applicant demonstrated knowledge of the organization prior to the interview. |
| | "Thorough knowledge of new ACA standards in RHU." |
| Good | Teambuilding/Interpersonal Skills: The extent to which the candidate demonstrated good interpersonal skills. |
| | "Good presentation and attitude during interview." |
| Excellent | Attitude: The extent to which the candidate displayed a positive and BIONIC attitude. |
| | "Great attitude." |
| Good | Time Management: The extent to which the candidate demonstrated good time management skills through his or her answers and actions. |
| | "Responded efficiently and thoroughly to all questions." |
| Good | Customer Service: The extent to which the candidate demonstrated a high level of customer service skills/abilities. |
| | "Demonstrated an understanding of meeting contractual needs of the RHU." |
| Excellent | Overall Impression: Summary of your perceptions of the candidate's strengths/weaknesses and overall fit for the position. |
| | "Strong candidate." |

Exhibit "H" - 7