# JUSTIN ROWELL

2747 Rob Sims Road, Meridian, MS 39301 • 601-481-5559 • gnrowell2003@yahoo.com

## SUMMARY

A seasoned correction professional with supervisory experience, demonstrating organizational and leadership skills with considerable experience in planning and implementing training.

## EXPERIENCE

| 2016 thru Current | Management & Training Corporation<br>East Mississippi Correctional Facility | Meridian, MS |

**Captain**
- Reports directly to the Chief of Security and functions as shift commander.
- Hired as Shift Lieutenant with subsequent promotions to Captain and Unit Manager before returning to shift as a Captain.
- Directly supervises shift lieutenants, sergeants and correctional officers
- Balances shift rosters and manages PTO calendar
- Facility CERT Commander supervising 15 team members
- Certified CERT Instructor
- Cadet Trainer for Defensive Tactics; Use of Force; Cell Extractions; Cell Searches; Contraband; Inmate Con Games
- Training Lieutenant- training new hire cadet before entering the facility.

| 2012 thru 2016 | Lauderdale County Sheriff's Department | Meridian, MS |

**Lieutenant**
- Hired as Correctional Officer with subsequent promotion to Lieutenant
- Directly supervised staff and inmates

| 2008 thru 2012 | East Mississippi State Hospital | Meridian, MS |

**Direct Care Worker**
- Directly supervised psychiatric patients during daily routines

| 1998 thru 2008 | City of Meridian | Meridian, MS |

**Labor Supervisor**
- Hired as Laborer with subsequent promotion to Labor Supervisor
- Responsible for supervising construction and maintenance of roads and ditches within the city limits

## TRAINING

| Ongoing | Black Tiger Tactical | Meridian, MS |

**Correctional Emergency Response Team Instructor**

**Less Lethal Instructor**

Exhibit "I" - 1

[Phone number]•[E-mail address]

# [Your Name]

**References available upon request**

\_\_DOCX_HDR_END\_\_

JUSTIN ROWELL
2747 Rob Sims Road, Meridian, MS 39301 * 601-481-5559 * gnrowell2003@yahoo.com
SUMMARY ,
A seasoned corrections professional with supervisory experience, demonstrating organizational and leadership skills with considerable experience in planning and implementing training.

EXPERIENCE ,
2016 thru Current
Management & Training Corporation East Mississippi Correctional Facility
Meridian, MS

Captain
* Reports directly to the Chief of Security and functions as shift commander.
* Hired as Shift Lieutenant with subsequent promotions to Captain and Unit Manager before returning to shift as a Captain.
* Directly supervises shift lieutenants, sergeants and correctional officers
* Balances shift rosters and manages PTO calendar
* Facility CERT Commander supervising 20 team members
* Certified CERT Instructor
* Cadet Trainer for Defensive Tactics; Use of Force; Cell Extractions; Cell Searches; Contraband; Inmate Con Games
* Certified in the use of Chemical Agents
* Certified in the use of Less Lethal Firearms

2012 thru 2016
Lauderdale County Sheriff's Department
Meridian, MS
Lieutenant
* Hired as Correctional Officer with subsequent promotion to Lieutenant
* Directly supervised staff and inmates

2008 thru 2012
East Mississippi State Hospital                                   Meridian, MS
Direct Care Worker
* Directly supervised psychiatric patients during daily routines

1998 thru 2008
City of Meridian                                                  Meridian, MS
Labor Supervisor
* Hired as Laborer with subsequent promotion to Labor Supervisor
* Responsible for supervising construction and maintenance of roads and ditches within the city limits

TRAINING ,

Ongoing  Black
Tiger Tactical  Meridian, MS
Correctional Emergency Response Team Instructor
References available upon request