# JACOB VIGLIANTE

7244 Turtle Creek Court El Paso, TX 79934 · 915-401-9893
Email · Jacob.Vigliante@mtctrains.com

---

Resourceful and dedicated Security professional with motivational leadership, training and employee supervision experience. Sixteen years' experience in a Correctional Setting with fourteen years being in a supervisory role. Hardworking and employs sound judgement and verbal de-escalation tactics to keep order and maintain the overall custody, control and accountability of the inmate population and staff safety. Firm belief that a proactive approach is key for the day to day operations of security and staff under your direct supervision are your greatest asset to achieve facility goals in a safe and secure manner. Served as acting Captain and successfully organized and supervised operational functions and activities; implemented procedures; ensured compliance with legal or contract requirements; assesses situations and utilized resources as appropriate, participated in operations; developed and administered a budget and handle special assignments as required.

## EXPERIENCE

**MARCH 2008- CURRENT**
**LIEUTENANT,** OTERO COUNTY PRISON FACILITY

- Provide direct supervision to 171 Correctional Officers and 16 Sergeants in a 1,381 bed maximum security prison. Supervise, protect, instruct, train, counsel and evaluate assigned employees and inmates; schedule employees and inmates work and off duty time.
- Assist in formulation Security and work policies and procedures.
- Supervise and direct searches for contraband and provide security
- Read, review and properly apply information found in inmate records, which is related to the inmate's health and safety and to the security of the facility. Provide appropriate information to other personnel
- Supervise the preparation and maintenance of records, forms and reports
- Maintain accountability of staff, inmates and property; adhere to safety practices
- Perform specific security functions including "pat" and "strip" searches.
- Direct Supervisor of the Transport department.
- Provide specific guidance to staff in the application of direct supervision, counseling and interpersonal communication skills.
- Maintain up to date knowledge of the Emergency Response Plans and to convey these plans into action in the event of emergency.
- Prepare written reports for all contractual agencies.
- Promote the development of positive social skills through modeling appropriate behaviors and intervening when inappropriate behaviors are observed

- Conduct investigations of all serious incidents to include any use of force by staff, inmate on inmate assaults, inmate on staff assaults, PREA allegations and contraband seizures
- Conduct internal and external audits in accordance with state standards to ensure policies and procedures are adhered to

**Served as SHIFT LIEUTENANT, TRANSPORT LIEUTENANT and ADMINISTRATIVE LIEUTENANT**

**JULY 2007 – MARCH 31, 2008**
**SERGEANT, OTERO COUNTY PRISON FACILITY**

- Provided lead supervison to Correctional Officers in a 1,381 bed maximum security prison
- Responsible for the care, custody and adherence to rules and regulations of inmates
- Supervise the preparation and maintenance of records, forms and reports
- Supervise and provide custody and security of inmates and inmates assigned to work duty
- Conduct institutional rounds and ensure all post orders have been signed and directives from shift briefing are being followed by staff

**SEPTEMBER 2005-JULY2007**
**CORRECTIONAL OFFICER, OTERO COUNTY PRISON FACILITY**

- Search for contraband and provide security
- Conducted routine and emergency head counts
- Booked new inmates into the facility and processed inmates for release
- Made unannounced rounds at specified intervals and conducted head counts and roll calls
- Received and accounted for personal possessions and determined inmate work assignments
- Searched the institution and grounds, living quarters and work areas for contraband
- Verified facility security by inspecting plumbing, outside areas, locks and cells for potential hazards
- Made regular sanitation and maintenance checks of dorms and reported results to appropriate personnel
- Respond to emergencies as a member of Incident Command Alpha Response Team

**ACCOMPLISHMENTS**

- **Multiple times awarded Employee of the Month**
- **Multiple times awarded Supervisor of the Month**
- **Two time Celebrating Excellence MTC-Corporate Supervisor of the Year**

## PROFESSIONAL DEVELOPMENT

- **Emergency Response Team Commander**
  -Responded to disturbances, riots and civil demonstrations in other facilities and successfully restored order.
- Graduate of the El Paso County Sheriff's Office Special Emergency Response Team (SERT) Academy
- Graduate of the Penitentiary of New Mexico Special Emergency Response Team (SERT) Academy
- Less lethal Munitions Certified Instructor
- New Mexico Corrections Department certified Office of Professional Standards and PREA investigator
- Appointed as the Supervisor in charge of the MTC-Corporate office Roster Management Pilot initiative

## EDUCATION

**MAY 2000**
**DIPLOMA**, IRVIN HIGH SCHOOL EL PASO, TX

**MAY 2005**
**BACHELORS DEGREE IN CRIMINAL JUSTICE,** LAKELAND COLLEGE SHEBOYGAN, WI

## SKILLS

- Administrative Skills
- New Hire Orientation
- Hiring and Retention
- Policies
- Crisis intervention training
- Self-defense techniques
- Search and Seizure procedures
- Restrictive Housing Unit management
- Office of Professional Standards Investigator
- Confrontational Avoidance training
- Strong interpersonal communication skills
- CCTV operations training
- Conflict resolution skills
- NIK Drug test certified
- Chemical Agents certified
- Less Lethal Munitions certified instructor
- PREA investigator
- OC Spray/Expandable Baton/Handcuffing certifications