IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DERRICK SMITH                                                                                                    PLAINTIFF

VS.                                                                              CIVIL ACTION NO. 3:23CV241-HTW-LGI

MANAGEMENT & TRAINING
CORPORATION                                                                                                     DEFENDANT

## AFFIDAVIT OF BECKY PACKER

STATE OF Texas

COUNTY OF Hill

THIS DAY personally appeared before me, BECKY PACKER, who, after being duly sworn, stated the following:

1. My name is Becky Packer. I am a Human Resources Director for Management & Training Corporation ("MTC") and have personal knowledge of the matters set forth herein.

2. I have reviewed MTC's records, which show the following: Shericka Nelson ("Nelson") worked as a case manager at the East Mississippi Correctional Facility from June 2017 to January 2018. Nelson also served as a unit manager, sometimes referred to as the special housing manager, from March 2020 to July 2021. Nelson resigned in July 2021. She was rehired in July 2022 as the compliance coordinator and resigned in December 2022.

FURTHER AFFIANT SAYETH NOT.

_____
BECKY PACKER
Becky Packer (Apr 5, 2024 15:28 CDT)

SWORN TO AND SUBSCRIBED BEFORE ME, this the 5th day of April, 2024.

_____
NOTARY PUBLIC
Mary Beth Jordan

My commission expires:

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 114526 MARY BETH JORDAN Commission Expires Nov. 29, 2027 LAFAYETTE COUNTY]

{D2249892.1}

EXHIBIT "A"