IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DERRICK SMITH                                                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:23CV241-HTW-LGI

MANAGEMENT & TRAINING
CORPORATION                                                                             DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on Motion of the parties *ore tenus* to dismiss with prejudice the claims of Plaintiff Derrick Smith against Management & Training Corporation ("Defendant"), and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause against Defendant has been compromised and settled between and among the parties, is of the opinion that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause of action is dismissed with prejudice with each party to bear its respective costs. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED AND ADJUDGED, this the 11th day of July, 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED:**

/s/Nick Norris                                          /s/Timothy M. Peeples
LOUIS H. WATSON, JR., ESQ.                TIMOTHY M. PEEPLES, ESQ.
ROBERT N. NORRIS, ESQ.                     MORGAN S. HART, ESQ.
*Attorneys for Plaintiff*                              *Attorneys for Defendant*

{D2291751.1}